# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Colorado

Case Number: 1:17-CV-00729

Plaintiff:
**UNITED STATES OF AMERICA**

vs.

Defendant:
**WAYNE L DUNN and JEFFERSON COUNTY, COLORADO**

2017005906

For:
RYAN WATSON
U.S DEPARTMENT OF JUSTICE, TAX DIVISION
PO BOX 683
BEN FRANKLIN STATION
WASHINGTON, DC 20044

Received by Roland Process Svc & Investigations, LLC on the 10th day of May, 2017 at 2:07 pm to be served on **JEFFERSON COUNTY, COLORADO, 100 JEFFERSON COUNTY PKWY, GOLDEN, CO 80419**.

I, Trevor A Steldt, do hereby affirm that on the **12th day of May, 2017** at **10:45 am, I:**

served an **AUTHORIZED PERSON** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, UNITED STATES' COMPLAINT, and ORDER SETTING SCHEDULING/PLANNING CONFERENCE** with the date and hour of service endorsed thereon by me, to: **Faye Griffin** as **Clerk** at the address of: **100 JEFFERSON COUNTY PKWY, GOLDEN, CO 80419**, who stated they were authorized to accept service for **JEFFERSON COUNTY, COLORADO**, and informed said person of the contents therein, in compliance with state statutes. - ACTUAL SERVICE LOCATION: (39.7271,-105.2013)  ACCURACY 165 m.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: White, Height: 5'3", Weight: 130, Hair: Grey, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

Trevor A Steldt

Roland Process Svc & Investigations, LLC
1660 S Albion Street, Suite 204
Denver, CO 80222
(720) 382-1882

Our Job Serial Number: JDR-2017005906
Service Fee: $110.00

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2d



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:17-cv-00729 -WYD-KLM |
| Wayne L. Dunn and Jefferson County, Colorado | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Jefferson County, Colorado
c/o Jefferson County Clerk
100 Jefferson County Parkway
Golden, CO 80419

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ryan S. Watson
U.S. Department of Justice, Tax Division
P.O. Box 683
Washington, D.C. 20044-0683
202.514.5173
ryan.watson@usdoj.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/23/2017

s/ A. Menza

*Signature of Clerk or Deputy Clerk*