```
                                                        FILED
                                              UNITED STATES DISTRICT COURT
                                                    DENVER, COLORADO

         Wayne LeRoy Dunn                           MAY 26 2017
         15391 S. Wanderest Drive
         Pine, Colorado 80470                   JEFFREY P. COLWELL
                                                              CLERK
```

Certified Mail: 7016 3560 0000 3440 2403         May 25 2017
To:
Clerk of Court
UNITED STATES DISTRICT COURT
901 19th Street
Denver, Colorado 80294


Re: Civil Action No. 1:17-cv-00729 - WYD-KLM ; styled
    UNITED STATES OF AMERICA, Plaintiff
              v.
    WAYNE L. DUNN, and JEFFERSON COUNTY, COLORADO; Defendants.


Dear Clerk of Court,

   Please find enclosed the original and one copy of my COUNTERCLAIM with Exhibits A and B (made an integral part thereof). The original is for filing into the above referenced case and the copy to be delivered to Judge Wiley Y. Daniel.

   Also enclosed is a copy of the first page of my COUNTERCLAIM. I would appreciate it being date stamped FILED and returned to me in the stamped self-addressed envelope; also enclosed. Thank you.

*Wayne LeRoy Dunn* (signature)
Wayne LeRoy Dunn