Presentment made under special appearance by
Wayne LeRoy Dunn, human being domiciled at
15391 S. Wanderest Drive, Pine, Colorado 80470

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 26 2017**

**UNITED STATES DISTRICT COURT**
**for the DISTRICT OF COLORADO**
901 19th Street, Denver, Colorado 80294

JEFFREY P. COLWELL
CLERK

Civil Action No. 1:17-cv-00729 - WYD-KLM
Styled:
UNITED STATES OF AMERICA,
                    Plaintiff

    v.

WAYNE L. DUNN, and
JEFFERSON COUNTY, COLORADO;
                    Defendants.

---

## **COUNTERCLAIM** by Wayne LeRoy Dunn

---

| | |
|---|---|
| Colorado state | ) |
| | ) ss |
| Jefferson county | ) |

**Affidavit of Truth & Merit by Wayne LeRoy Dunn**

    1.    I, the man **Wayne LeRoy Dunn**, **in propria persona** (in my own person), and

**sui juris** (of right), timely present this affidavit as a compulsory counterclaim [1] to the UNITED

STATES' (US') COMPLAINT.   I do so without intent to directly or indirectly admit to

jurisdiction over me or my property as to the subject matter of the US' COMPLAINT.

---

[NOTE:  emphasis in quotes added by me.  Also, abundance of quotes provided as a
means for the reader to understand the source of my state of mind and conclusions.]

---

[1]  **Rule 13.  Counterclaim and Cross-Claim**       **Federal Rules of Civil Procedure**
   (a)  COMPULSORY COUNTERCLAIMS.  [in part]  **A pleading shall state as a counterclaim any claim
which** at the time of serving the pleading the pleader has against any opposing party, if it **arises out of the
transaction or occurrence that is the subject matter of the opposing party's claim** and does not require for its
adjudication the presence of third parties of whom the court cannot acquire jurisdiction.

2.      I, the man **Wayne LeRoy Dunn**, declare all facts stated herein are true and correct; that I have first hand knowledge thereof; that my conclusions are based upon reason and logic drawn from authoritative evidence and are true and correct to the best of my knowledge; and, I believe said evidence is sufficient to establish Case No. 1:17-cv-00729 is a feigned action [2] to which law and justice requires dismissal with prejudice to the Plaintiff.

3.      As a man who has never had any formal schooling in law, I trust this Court will recognize and honor principles stated in *Haines v. Kerner*, 404 U.S. 519 (1972); i.e., that court directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the writings rather than the form.  Based thereon, this Court is asked to interpret my writings fairly and in light of strict constitutional standards, no matter how "inartful," and not hold me to the same standard as a practicing attorney.  This was restated by the Supreme Court ten years later in its *Boag v. MacDougall*, 454 U.S. 364 (1982) ruling.  Both of these rulings have been relied upon in lower court opinions.

4.      This is presented in affidavit form for it to stand admissible without any extrinsic evidence of authenticity [3] and under the established common law maxim that **an affidavit is a presentment that stands as truth in commerce and fact in law where not denied and disproved.**

---

[2]  **Feigned action.  An action**, now obsolete, **brought on a pretended right**, when the plaintiff has <u>no true cause of action</u>, for some illegal purpose.  **In a feigned action the words of the writ are true.**  It differs from false action, in which case the words of the writ are false.  See also Feigned issue.  Black's Law Dictionary, Fifth Edition (1979) p. 555.
      **feigned action.**  *Hist.*  An action brought for an illegal purpose on a pretended right. — Also termed *faint action; false action.*  Black's Law Dictionary, Seventh Edition   (1999) p. 632

[3]  **Rule 902.  Self-authentication**          Federal Rules of Evidence
      Extrinsic evidence of authenticity as to condition precedent to admissibility is not required with respect to the following:
            **(8)  Acknowledged documents.—Documents accompanied by a certificate of acknowledgment executed in the manner provided by law by a notary public or other officer authorized by law to take acknowledgments.**

5.      It is my understanding and belief that the claimant bears the burden of proof as to

veracity and validity of their claim to property.  I am unable to find in the US' COMPLAINT any

verification [4] of the claims made therein, yet the United States (U.S.) Attorneys representing the

Plaintiff request this Court to "determine, adjudge, and decree" the entries recorded on a

Department of the Treasury (DOT) Internal Revenue Service (IRS) account titled WAYNE L.

DUNN represent "federal tax liabilities" assessed against me, Wayne LeRoy Dunn", and

constitute valid liens that attach to real property (land and home situated thereon) owned by me.

Without proof on record that I am a person liable for some form of "federal tax", isn't the US'

COMPLAINT and claim to my property based upon assumption [5]; and wouldn't a determination

by this Court that valid liens exist in favor of the U.S. Government and against me be based upon

mere conjecture (supposition or surmise, Black's Fifth., p. 273)?

6.      The U.S. Attorneys fail to reveal in the US' COMPLAINT [6] the record of my

prior rejections of the claims therein.  Perhaps the DOT/IRS failed to inform them of my

contentions regarding the lawful scope of the administration and enforcement of the U.S.

---

[4] **verify,** *vb,* **1.** To prove to be true; to confirm or establish the truth or truthfulness of; to authenticate. **2.** To confirm or substantiate by oath or affidavit; to swear to the truth of.  Black's Law Dictionary, Seventh Edition (1999). p. 1556

[5] **"Official powers cannot be extended beyond the terms and necessary implications of the grant.  If broader powers be desirable, they must be conferred by Congress.  They cannot be merely assumed by administrative officers; nor can they be created by the courts in the proper exercise of their judicial functions,"** *Federal Trade Commission v. Raladam Co.,* 283 U.S. 643, 649; 51 S.Ct. 587 (1931)

[6] "The trial court in *State of Arizona v. Coddington,* 135 Ariz. 480, 481-482; 662 P.2d 155; 1983, stated:

"**A misrepresentation may consist of the concealment of what is true as well as the assertion of what is false.** *Nairn v. Ewalt,* 52 Kan. 355, 32 P.2d 1110 (1893); *U.S. v. Sterling Salt Co.,* 200 F. 593, 597 (1912). **Where failure to disclose a material fact is calculated to induce a false belief, the distinction between concealment and affirmative misrepresentation is tenuous.** *Schock v. Jacka,* 105 Aris. 131, 460 P.2d 185 (1969).

"When one conveys a false impression by the disclosure of some facts and the concealment of others, such **concealment is in effect a false representation** that what is disclosed is the whole truth.  *Equitable Life Ins. Co. of Iowa v. Halsey, Stuart & Co.,* 312 U.S. 410, 61 S.Ct. 623, 85 L.Ed. 920 (1941);482*482 *Dennis v. Thomson,* 43 S.W.2d 18, 240 Ky. 727 (1931); 37 C.J.S. Fraud, § 16, p. 247; Restatement (Second) of Torts, § 529." p. 1233

Government's internal revenue laws codified into Internal Revenue Code (IRS or 26 U.S.C.)

statutes and the authoritative evidence placed on DOT/IRS records that prove these statutes are

based upon special legislation (limited to particular people and property) that does not reach me

and my property; in which case the nondisclosure fault lies with DOT/IRS officials. This does

not, however, negate the requirement that I and my property be within IRC statutes for any

taking of my property based thereon being authorized, warranted, and justified—as seen by the

U.S. Supreme Court ruling: **"There are no constructive offenses; and before one can be**

**punished, it must be shown that his case is plainly within the statute."** *McNally v U.S.,* 483

U.S. 350, 360 (1987).

7.       With no proof on record that IRC statutes *lawfully* apply to me and my property,

aren't entries on the DOT/IRS account WAYNE L. DUNN false, irrelevant and immaterial;

including, but not limited to, the "Notice of Federal Tax Lien" [7] filed with the Jefferson County

Clerk and Recorder? Without such proof on record, isn't it reasonable and logical that permitting

Case No. 1:17-cv-00729 to continue would be an abuse of court process, and any taking of my

property would be violation of due process [8] of law and my rights secured under the U.S.

Constitution? [9]

8.       My conclusions as to the true nature of IRC statutes is stated in my

CONSTRUCTIVE NOTICE OF LEGAL STATUS & PROPERTY RIGHTS affidavit filed into

---

[7]   It is my understanding and belief that the filing of a "Notice of Federal Tax Lien" with regard to IRC subtitle A obligations merely gives notice of the existence of a statutory lien against a person liable to make a return of "Federal income tax" (compound noun for U.S. Government property) who fails to do so; covered in my past presentments.

[8]   **Substantive due process is the right to be protected from arbitrary and wrongful government action regardless of the fairness of the procedures government uses to undertake the arbitrary action.** *Zinermon v. Burch,* 494 U.S. 113 (1990)

[9]   Regulation 26 CFR 601.106(f)(1) Rule 1. An exaction by the U.S. Government, which is not based upon law, statutory or otherwise, is **a taking of property without due process of law, in violation of the Fifth Amendment.**

COUNTERCLAIM                                                                 Page 4 of 16
       filed by Wayne LeRoy Dunn into U.S. District Court of Colorado Case # 1:17-cv-00729 WYD KLM

Jefferson County, Colorado, public records on 04/09/2007 as # 2007040243. A copy is attached hereto as **Exhibit A** and made an integral part of this COUNTERCLAIM as if fully restated. It has been presented more than once for placement into the DOT/IRS system of records constructive account WAYNE L. DUNN by attachment to rejections of DOT/IRS claims to my property in writings mailed to me—most recent rejection being my INVESTIGATION; CORRECTION; REDRESS DEMAND REGARDING IRS CHICANE; NOTICE OF AUTOMATIC DEFAULT BY SILENCE mailed on 12/17/2016 to Secretary of the Treasury, Jacob J. Lew; copied to IRS Commissioner, John Koskinen, and others. It contains background facts, laws in issue, a brief of **Exhibit A**'s content, and more. A copy of it is attached as **Exhibit B** and made an integral part of this COUNTERCLAIM as if fully restated.

9.      Under established principle of silence [10], why wouldn't the invariable silence of DOT/IRS officials to my presentments indicate they are unable to deny and contradict the authoritative evidence presented by me; thus stands as their admission of DOT/IRS operation beyond the authority provided by the LAW (Constitution) and Congress? See footnote 5.

10.      With the U.S. attorneys knowledge of my prior presentments being unknown,[11] justice and fairness would dictate they be given opportunity to deny and disprove my contentions in this and its **Exhibits A and B**. Conversely, upon their failure, refusal or neglect to do so, justice and fairness would require recognition that recordings on the DOT/IRS constructive

---

[10]      **Silence is a species of conduct, and constitutes an implied representation of the existence of the state of facts in question, and the estoppel is accordingly a species of estoppel by misrepresentation.** *Carmine v. Bowen*, 104 Md. 198, 64 Atl.Rep. 932, 934 (1906)

[11]      The American Bar Association (ABA) Rules of Professional Conduct for attorneys, Rule 3.3, Candor Toward The Tribunal, specifically requires, under subsection (a)(1), that a lawyer not knowingly "make a false statement of fact or law to a tribunal or fail to correct a false statement of material fact or law previously made to the tribunal by the lawyer."; and under subsection (a)(3), a lawyer shall not offer evidence known to be false; and under subsection (c) states: "The **duties stated in** paragraphs (a) and (b) continue to the conclusion of the proceeding, and apply even if compliance requires disclosure of information otherwise protected by Rule 1.6."

account WAYNE L. DUNN not based upon writings bearing my signature are sham entries [12]

that render this Court's Case No. 1:17-cv-00729 a feigned action.

11.    I believe and contend the silence of U.S. Government officials to the authoritative

evidence in **Exhibits A and B** is sufficient proof that no controversy exists [13] as to the matter of

lawful implementation and enforcement of IRC statutes, and that the DOT/IRS operates on the

premise of implied consent.  How can implied consent exist without full disclosure of the true

nature of IRC statutes?

12.    "The **requirement of standing has a core component derived directly from

the Constitution.  A plaintiff must allege personal injury fairly traceable to the defendant's

allegedly unlawful conduct** and likely to be redressed by the requested relief."    *Allen v.

Wright*, 468 U.S. 737, 751 (1984).  Absent absolute and conclusive proof on record that I and my

property are within IRC statutes (see McNally ruling, supra) [14], how does my conduct of failure

to file federal income tax returns constitute unlawful conduct; and how is the Plaintiff injured

thereby?  Wouldn't the only other way for the Plaintiff to have legitimate standing to bring a real

action into this Court against my property be to allege and prove a valid "debt" exists against me

based upon some commercial transaction between me and the U.S. Government in its corporate

---

[12]    **Sham**.  False.  A transaction without substance that will be disregarded for tax purposes.  See also Dummy.
Black's Law Dictionary, Fifth Edition (1979)  p. 1233

[13]    As ruled by the U.S. Supreme Court: "**the duty** of this court, as of every judicial tribunal, **is limited to
determining rights of persons or of property, which are actually controverted in the particular case before it.**"
*Tyler v. Judges of the Court of Registration*, 179 U.S. 405, 408-409 (1900).

[14]    Absolute proof that what I earn from my labor is within the U.S. "individual income tax return" program
requires bringing forth U.S. congressional enactments that compel me, as a living soul, to pay a tax "on" my income
(all of which is derived from sources other than the U.S. Government); provides the U.S. Government with authority
to impose civil and criminal sanctions where such "tax" is not paid; and authority for a taking of my personal and
real property where I do not voluntarily consent thereto.

capacity? [15]  Wouldn't that require claimant to present a verified claim for damages based upon proof of injury caused by breach of a bona fide contract or agreement?

13.     In the US' COMPLAINT, the U.S. Attorneys rely in part on 26 U.S.C. § 7403 as authority for a taking of my property.  Without admitting IRC control over me and my property, under 26 U.S.C. § 7403(c) the Court has a duty to **adjudicate all matters involved therein and finally determine the merits of all claims to and liens upon the property.**  In *Bothke v. Fluor Engineers and Constructors, Inc.*, 713 F.2d 1405 (1983, 9th Cir.), relying upon *Butz et al v. Eonomou et al.* 438 U.S. 478, the court made clear "With the IRS's broad power must come a concomitant responsibility to exercise it within the confines of the law"; and emphasized that no official is above the law, and that broad powers present broad opportunities for abuse.  With this in mind, isn't it imperative that the Court fully addresses the merits of all said in this COUNTERCLAIM and **Exhibits A and B**?

14.     Another matter that has recently come to my attention is the Paperwork Reduction Act (PRA) codified into 44 U.S.C. §§ 3500 – 3520.  Under the PRA, each and every government form that is used to collect information from the general public must be linked to its authorizing statutes and implementing regulations and have a valid Office of Management and Budget "OMB" number. This requirement of law provides an orderly means to identify which statutes, regulations and forms are related.

---

[15]  My understanding is enactments by Congress that have general applicability are public law (P.L.) done for governments in their political capacity, and enactments for governments in their corporate capacity are special (private) law authorized under last clause of Article I, Section 8, U.S. Constitution: "To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers, and all other Powers vested by this Constitution in the Government of the United States, or in any Department or Officer thereof."
       "When governments enter the world of commerce, they are subject to the same burdens as any private firm or corporation." *U.S. v. Burr*, 309 U.S. 242.  For purposes of suit such corporations and individuals are regarded as entities entirely separate from government. *Bank of U.S. v. Planter's Bank*, 9 Wheaton (22 U.S.) 904, 6 L.Ed. 24. See also *Clearfield Trust Co. v. U.S.*, 318 U.S. 363.

15.     In Section 3512 of the Act, titled "Public Protection," it says that **no person shall be subject to any penalty for failing to comply with an agency's collection of information request if the request does not display a valid control number** assigned by the Office of Management and Budget (OMB) *in accordance with the requirements of the Act*, or if the agency fails to inform the person who is to respond to the collection of information that he is not required to respond to the collection of information request unless it displays a valid control number.  In Section 3512 Congress went on to authorize that the protection provided by Section 3512 **may be raised in the form of a complete defense at any time during an agency's *administrative* process or during a *judicial* proceeding**.  Hence, I bring it up now and incorporate it as part of this COUNTERCLAIM.

16.     Also of importance to DOT/IRS Form(s) 1040 being inapplicable to me, and others with like status, is 44 U.S.C. §3507(g), which reads: "The [OMB} Director may not approve a collection of information for a period in excess of 3 years."  From this it is logical and reasonable to conclude any government information gathering form, even if it displays an OMB number, is not applicable to the general public without an expiration date.  The current Form 1040 displays OMB number 1545-0074 with no expiration date.  The same OMB number (no expiration date) has appeared on Form(s) 1040 for decades; and also appears on Form W-4, Employee's Withholding Allowance Certificate, and Form 9465, Installment Agreement Request.

17.     The form a government agency uses to request assignment of an OMB control number is OMB Form "83".  Research shows the request made for an OMB number for the DOT/IRS Form 1040 was not on a OMB Form 83, but an alternate OMB Form 83.1 that has very important differences.  Unlike the OMB form 83, the OMB form 83.1 does not require any

specific citation of statutory or regulation authority, and the box on page 2 references PRA
Regulations "5 CFR 1320.9" (which is explicitly reserved for "PROPOSED" government forms)
and "5 CFR 1320.8(b)(3)". Title 5, is titled "Government Organization and Employees; and
Appendix" and contains legislation related to duties and obligations applicable only to Federal
agencies and people administrating said legislation—and not to the public at large.

18.    I contend and believe, the facts regarding OMB requirements, and OMB number
on the DOT/IRS form 1040 being acquired through OMB form 83.1, stand as support and
confirmation that DOT/IRS and its officials are, and have, knowingly and intentionally [16]
operated outside the authority provided by IRC statutes and the LAW (Constitution).

19.    My understanding is Constitutions (U.S. and State) are the means by which the
people created governments; that all governments operating on lands known as the United States
of America are founded on being governed by law, not men; that the parameters under which
government entities and enterprises must operate are established by Constitutions; and that the
U.S. Constitution is declared and recognized as "the law of the land" applicable to State as well
as U.S. entities. If this is not so, please correct my misunderstanding with proof as to when and
how this was changed.

20.    Whether this Court sits as an Article I or Article III court [17] as to this Court's Civil
Action No. 1:17-cv-00729 is irrelevant and immaterial to its responsibility to adjudicate the

---

[16]  Proof that the tyranny of decades long wrongful administration of IRC statutes and the resulting wrongful taking
of peoples' life, liberty, and property (rights to which governments, State and Federal, in America were created with
express purpose to protect) is intentional, was eloquently stated in 1774 by Thomas Jefferson in his writing to King
George entitled A Summary View of the Rights of British America: **"Single acts of tyranny may be ascribed to
the accidental opinion of a day; but a series of oppressions...pursued unalterably through ever change of
ministers, too plainly prove a deliberate, systematical plan of reducing us to slavery."**

[17]  **"... the responsibility of determining the limits of statutory grants of authority** in such instances **is a
judicial function entrusted to the courts by Congress by the statutes establishing [Article I, administrative]
courts and marking their jurisdiction.... But under Article III, Congress established courts to adjudicate
cases and controversies as to claims of infringement of individual rights whether by unlawful action of private**

matter in conformance with the law, and not to bolster some undisclosed government political or economic agenda.[18]  "The duty of all persons to obey the law" (quoting *U.S. v. Miller* (8th Cir. 1980, 634 F2d 1134, 1135) is established as particularly applicable to government officials by U.S. Supreme Court rulings like:

> **"No officer of the law may set that law at defiance with impunity. All the officers of the government, from the highest to the lowest, are creatures of the law and are bound to obey  it. It is the only supreme power in our system of government, and every man who by accepting office participates in its functions is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes upon the exercise of the authority which it gives.**  *US v Lee*, 106 U.S. 196, 220-(1882)

21.      The U.S. Supreme Court ruling that **"there are no constructive offenses, and before one can be punished, it must be shown that his case is plainly within the statute."** (*McNally v U.S.*, supra,) makes it abundantly clear that all actions based upon statutory authority have no lawful force or effect where the accused is not within the statute(s).  A prior U.S. Supreme Court ruling established the U.S. Government has no vested right to property acquired in violation of the Constitution. [19]  Thus, the U.S. Supreme Court clearly establishes assumpsit statutory actions are fatally flawed notwithstanding long standing history (stare decisis) shows governments have prevailed against people and property not subject thereto.  As yet, no case law has been found where a court of law and justice were confronted with the matter of IRC statutes not imposing a tax "on" income, and that the "return" program deals with recaption of U.S.

---

persons or by the exertion of unauthorized administrative power."  *Stark v.. Wickard*, 321 U.S. 288, 309-310 (1944).

[18]  "A central tenet of our republic-a characteristic that separates us from totalitarian regimes throughout the world-is that the government and private citizens resolve disputes on an equal playing field in the courts.  When citizens face the government in the federal courts, **the job of the judge is to apply the law, not to bolster the government's case."**       *Beaty v U.S.*, 937 F.2d 288, 293 (Sixth Cir. 1991)

[19]  "It is obviously correct that no one acquires a vested or protected right in violation of the Constitution by long use, even when that span of time covers our entire national existence and indeed predates it."  *Walz v. Tax Commission of New York City*, 397 U.S. 664, 678 (1970)

Government property [20] (deceptively termed "federal income tax") in the possession of Federal employees through bailment with their pay checks.

22.    I respectfully remind this Court, protected under the Constitution are the living soul's rights—the most fundamental of which is the right to contract their labor in exchange for property.  This is recognized by the U.S. Supreme Court as being absolute in its ruling:

> **"That every man has a natural right to the fruits of his own labour, is generally admitted; and that no other person can rightfully deprive him of "those fruits, and appropriate them against his will,..."**
> *The Antelope*, 23 U.S. 66  120; 6 L.Ed. 268  (1825)

This also explains why the "individual income tax return" program (Federal and State) is based upon special law limited to particular property ("federal income tax"—a compound noun used to identify U.S. Government property) and persons in possession thereof (people employed within U.S. Government agencies and instrumentalities, or elected officials [21]).

23.    Isn't it reasonable to expect U.S. Government individuals who routinely prosecute violation of IRC statutes to know the precise lawful extent to the implementation and enforcement of these statutes, and strictly adhere thereto? [22]  Why wouldn't knowingly prosecuting human beings and property not within IRC statutes be classified as deliberate,

---

[20]   The "federal income tax" return program is authorized by U.S. Constitution Article IV, § 3, Clause 2.; which reads: "The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or **other Property belonging to the United States**; and nothing in this Constitution shall be construed as to Prejudice any Claims of the United States, or any particular State.    "

[21]   Like any other entity, the U.S. Government can only establish its own conditions of employment and cannot impair the obligations of contracts, nor can it be party to contracts not of its own making.  Thus, "conduct of a trade or business within the United States" in 26 U.S.C. § 7701(a)(31) definition of "Foreign estate or trust, cannot be geographical and must mean within the U.S. Government; which means all gross income from sources other than the U.S. Government "is NOT includible in gross income under IRC subtitle A" (see said definition).

[22]   "The United States Attorney is the representative not of an ordinary party to a controversy, but of a sovereignty whose obligation to govern impartially is as compelling as its obligation to govern at all; and whose interest, therefore, in a criminal prosecution is not that it shall win a case, but that justice shall be done. As such, he is in a peculiar and very definite sense the servant of the law, the twofold aim of which is that guilt shall not escape or innocence suffer. He may prosecute with earnestness and vigor-indeed, he should do so. But, while he may strike hard blows, he is not at liberty to strike foul ones. It is as much his duty to refrain from improper methods calculated to produce a wrongful conviction as it is to use every legitimate means to bring about a just one. " *Berger v. US*, 295 U.S. 78, 89 (1935)

arbitrary, operation outside the scope of their office, and an intentional abuse of court power, process, and procedures? [23]   Wouldn't judges be under a duty to prevent such conduct by declaring it a feigned action?

24.   Why wouldn't a court ruling for a taking of my property without absolute and conclusive proof that I and my property are within IRC statutes constitute fraud [24] upon the law, the court, and me and my property?  Why wouldn't it also serve as evidence of dishonest services on the part of U S. Government agencies and officials [25] through interference with private contracts [26], and a scheme or artifice designed to defraud the people at large with like status—

---

[23]  **"The powers both of courts of equity and courts of law over their own process to prevent abuse, oppression, and injustice are inherent and equally extensive and efficient, as is also their power to protect their own jurisdiction and officers in the possession of property that is in the custody of the law."** *Krippendorf v. Hyde*, 110 U.S. 276, *Syllabus* (1884)

[24]  "Fraud destroys the validity of everything into which it enters," Nudd v. Burrows, 91 U.S 426; "Fraud vitiates everything", Boyce v. Grundy, 3 Pet. 210;  **"Fraud vitiates the most solemn contracts, documents and even judgments,"** U.S. v. Throckmorton, 98 U.S. 61 (1878).

Rulings defining fraud cited in Coffey v. Wininger, 156 Ind. App. 233; 296 N.E.2d 154; 1973:
**Fraud may be actual or constructive.** *Budd v. Bd. of Co. Comrs. of St. Joseph Co. (1939), 216 Ind. 35, 22 N.E.2d 973.* **Actual fraud is intentional deception.  The presence or absence of the intent to deceive distinguishes actual from constructive fraud.** *Daly v. Showers (1937), 104 Ind. App. 480, 486, 8 N.E.2d 139* (transfer denied).
**The essential elements of fraud are a material representation of past or existing facts, made with knowledge (scienter) or reckless ignorance of this falsity, which cause a reliance upon these representations, to the detriment of the person so relying.** *Middlekamp v. Hanewich (1970),* [***9] *147 Ind. App. 561, 263 N.E.2d 189, 23 Ind. Dec. 187.* See also: *Gladis v. Melloh (1971), 149 Ind. App. 466, 273 N.E.2d 767, 27 Ind. Dec. 131* (transfer denied).
Constructive fraud has been defined as "a breach of legal or equitable duty which, irrespective of the moral guilt of the fraud feasor, the law declares fraudulent because of its tendency to deceive others, to violate public or private confidence, or to injure public interests. *Budd v. Bd. of Co. Comrs. of St. Joseph Co., supra, at 39* of 216 Ind., at 975 of 22 N.E.2d."

[25]  **18 U.S.C. § 1346.  Definition of "scheme or artifice to defraud"**
For purposes of this chapter [mail fraud statutes, 18 U.S.C. § 1341-1347], the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible right of honest services.  (Added Pub. L. 100-690, title VII, §7603(a), Nov. 18, 1988, 102 Stat. 4508.)  [Comment:  the *McNally* Court ruling is believed to be instrumental in Congress enacting this legislation.]

[26]  U.S. Constitution, Article I, Section 10, Clause 1, prohibits States from passing any law impairing the obligation of contracts.   Equal treatment under the law requires the same of the U.S. Government.

COUNTERCLAIM                                                                                                                  Page 12 of 16

whom government officials are duty bound to serve? [27]  Why isn't wrongful prosecution under

IRC statutory authority be a constructive fraud that injures public interests and violates public

and private confidence?

25.      How can lawful enforcement of IRC statutes be subject to discretion or

manipulation by officers of the court? See footnote 5.  Why wouldn't doing so constitute exertion

of arbitrary power [28] intended to aid and abet an outcome favorable to the government though in

violation of constitutional restraints?  "**No higher duty rests upon this court than to exert its**

**full authority to prevent all violation of the principles of the Constitution.**" *Downes v.*

*Bidwell*, 182 U.S. 244, 383 (1901).  Though "this court" referenced in that ruling is the U.S.

Supreme Court, the same duty must fall upon all of the U.S. Government's lower courts with the

ruling;

> "**However, a reasonable construction of the taxing statutes does not include vesting any tax**
> **official with absolute power of assessment against individuals not specified in the statutes as**
> **persons liable for the tax without an opportunity for judicial review of this status before the**

---

[27] "**In this country written constitutions were deemed essential to protect the rights and liberties of the**
**people against the encroachments of power delegated to their governments, and the provisions of Magna**
**Charta were incorporated into bills of*** [110 U.S. 516, 532] rights, **They were limitations upon all the powers**
**of government, legislative as well as executive and judicial.** It necessarily happened, therefore, that as these broad
and general maxims of liberty and justice held in our system a different place and performed a different function
from their position and office in English constitutional history and law, they would receive and justify a
corresponding and more comprehensive interpretation. Applied in England only as guards against executive
usurpation and tyranny, here they have become bulwarks also against arbitrary legislation; but in that application, as
it would be incongruous to measure and restrict them by the ancient customary English law, **they must be held to**
**guaranty, not particular forms of procedure, but the very substance of individual rights to life, liberty, and**
**property**." *Hurtado v. California*, 110 US 516, 532-533 (1884)

[28] "**Arbitrary power and the rule of the Constitution cannot both exist.** They are antagonistic and
incompatible forces; and one or the other must of necessity perish whenever they are brought into conflict. To
borrow the words of Mr. Justice Day, "**there is no place in our constitutional system for the exercise of**
**arbitrary power.**" Garfield v. U.S. ex. rel. Goldsby, 211 U.S. 249, 262, 29 S.Ct. 2, 66, 53 L.Ed. 168. To escape
assumptions of such power on the part of the three primary departments of the government, is not enough. **Our**
**institutions must be kept free from the appropriation of unauthorized power by lesser agencies as well. And if**
**the various administrative bureaus and commissions**, necessarily called and being called into existence by the
increasing complexities of our modern business and political affairs, **are permitted gradually to extend their**
**powers by encroachments - even petty encroachments - upon the fundamental rights, privileges and**
**immunities of the people, we shall in the end**, while avoiding the fatal consequences of a supreme autocracy,
**become, submerged by** a multitude of minor **invasions of personal rights**, less destructive but no less **violative**
**of constitutional guaranties**." *Jones v. Securities and Exchange Commission*, 298 U.S. 1, 24-25 (1936)

appellation of "taxpayer" is bestowed upon them and their property is seized and sold."
*Botta v. Scanlon*, 288 F.2d 504, 508 (1961)

26.     The appellation of "taxpayer" is indiscriminately used as to anyone with an
account maintained in the DOT/IRS system of records no matter if it is valid in law or not.[29] The
salutation "Dear Taxpayer" on DOT/IRS writings mailed to me does not make me subject to the
claims in such writings where I and my property are not within IRC statutes. [30]

27.     It is well established that when government officials act outside authority
provided by law they are not representing the government and therefore act in their personal
capacity and make themselves liable for any wrongful conduct that results in injury thereby.
This is especially true for any official who takes an oath to act strictly in accord to the law. [31]

28.     As an honest man who expects no less from public servants, I declare necessary
diligence [32] requires the attorneys for the Plaintiff deny and disprove all law issues and questions
presented in this COUNTERCLAIM and **Exhibits A and B** through authoritative evidence and
under oath if it is to have equal weight.  I further declare all said in this COUNTERCLAIM is

---

[29]  "However, a reasonable construction of the taxing statutes does not include vesting any tax official with
absolute power of assessment against individuals not specified in the statutes as persons liable for the tax without an
opportunity for **judicial review of this status** before the appellation of "taxpayer" is bestowed upon them and their
property is seized and sold." *Botta v. Scanlon*, 288 F.2d 504, 508 (1961)

[30]  "**The revenue laws are a code or system in regulation of tax assessment and collection. They relate to
taxpayers, and not to nontaxpayers.**  The latter are without their scope.  No procedure is prescribed for
nontaxpayers, and no attempt is made to annul any of their rights and remedies in due course of law.  With them
Congress does not assume to deal, and they are neither of the subject nor of the object of revenue laws. . . . . **The
distinction between persons and things within the scope of the revenue laws and those without them is vital.**"
Long v. Rasmussen, Collector of Internal Revenue, et al. 281 F. 236, 238 (1922)   "**Neither did the mere filing of
claims for refunds make plaintiffs taxpayers when none of the requisites of the status of taxpayers were
present.**"  *Economy Plumbing & Heating Co. Inc. v. U.S.*, 470 F.2d 585, 590 (1972)).

[31]  "The government of the United States has been emphatically termed a government of laws, and not of men. It
will certainly cease to deserve this high appellation, if the laws furnish no remedy for the violation of a vested legal
right."  *Marbury v. Madison*, 5 U.S. 137, 163, 1 Cranch 137, 1 L.Ed. 60 (1803).  As said by Justice Louis Brandeis:
"In a government of laws, existence of the government will be imperiled if it fails to observe the law scrupulously."
*Olmstead v. U.S.*, 277 U.S. 438, 485 (1928)

[32]  **necessary diligence**.  The diligence that a person is required to exercise to be legally protected.  Black's Law
Dictionary, Seventh Edition  (1999)  under word diligence.  p. 468

COUNTERCLAIM                                                            Page 14 of 16

intended to provide information sufficient to prevent government officials from being participants in wrongful administration of IRC statutes, and is not to be misinterpreted as threats against them. It is my hope that the information is sufficiently compelling to encourage government officials associated directly or indirectly in enforcement of IRC statutes to eventually take appropriate steps to correct this ongoing DOT/IRS systematical fraud upon the LAW (Constitution), legislative enactments, peoples' rights, and the integrity of the U.S. Government. I believe failure to do so would evidence these serious matters are being ignored.

29. Based upon what I have said in this COUNTERCLAIM and the supporting authoritative evidence herein and in **Exhibits A and B**, I respectfully request that this Court:

A  recognize and adjudge the US' COMPLAINT is insufficient on its face to support the claims made therein, and decree Case No. 1:17-cv-00729) is a feigned action;

B.  determine and adjudge the DOT/IRS assessments and filed liens have no lawful force and effect upon the property commonly known as 15391 S. Wanderest Drive, Pine, Colorado, or any other property of Wayne LeRoy Dunn;

C.  Order the DOT/IRS to correct the erroneous entries on its constructive account WAYNE L. DUNN and reflect thereon Wayne LeRoy Dunn's status is that of "nontaxpayer" with regard to IRC statutes;

D.  Order releases be issued and filed with regard to any and all DOT/IRS "Notice of Federal Tax Lien" filing into public records;

E.  Order Case No. 1:17-cv-00729 be dismissed with prejudice to the Plaintiff and all directly and indirectly involved therewith;

F.  Grant any other relief to Wayne LeRoy Dunn as is just and proper.

So said, under oath, with reservation of all rights.  U.C.C. 1-308

By: _____
        Wayne LeRoy Dunn, Counterclaimant
        15391 S. Wanderest Drive
        Pine, Colorado 80470

Attached and made an integral part of this affidavit:

**Exhibit A**    CONSTRUCTIVE NOTICE OF LEGAL STATUS & PROPERTY RIGHTS filed
                into Jefferson County, Colorado, public record on 04/09/2007 as # 2007040243.
**Exhibit B**    INVESTIGATION; CORRECTION; REDRESS DEMAND REGARDING IRS
                CHICANE; NOTICE OF AUTOMATIC DEFAULT BY SILENCE mailed on
                12/17/2016.

## NOTARY ACKNOWLEDGMENT

Colorado state          )
                        ) ss
Jefferson county        )

On this 25 day of May, 2017, before the undersigned Notary Public in and for the

State of Colorado appeared Wayne LeRoy Dunn, proved to me on the basis of satisfactory

evidence to be this human being, and executed this instrument for the purposes stated therein.

Witnessed my hand and official seal.

_____
Notary Public, My commission expires:

PATRICIA STOEBER
NOTARY PUBLIC · STATE OF COLORADO
My Identification # 20014026715
Expires July 31, 2019

## CERTIFICATE OF SERVICE

I, the undersigned, certify on this 25 day of May, 2017, the original and copy of this

affidavit is being mailed to the Clerk of Court, U.S. DISTRICT COURT for the District of

Colorado—with instruction to file the original into Civil Action No. 1:17-cv-007292, and deliver

the copy to Judge Wiley Y. Daniel.  I further certified an exact copy of it to being served via the

United States Postal Service first class mail, postage prepaid, to Ryan S. Watson, U.S.

Department of Justice, Tax Division, P.O. Box 683, Washington, D.C. 2004-0683.

_____
Wayne LeRoy Dunn