Presented for filing into Jefferson County, Colorado
Public records under matters dealing with property

RETURN TO: Wayne Dunn
15393 S. Wandcrest Drive
Pine, Colorado 80470

R $61.00
D $0.00
2007040243   AFFI
04/09/2007   03:37:38 PM   12 Page(s)
Jefferson County, Colorado

## CONSTRUCTIVE NOTICE OF LEGAL STATUS & PROPERTY RIGHTS

Colorado State      )
                    ) ss
Jefferson County    )

I, Wayne Dunn, a human being over the age of majority and of sound mind who has first hand knowledge of the facts, do hereby say under penalties of perjury that what is stated herein is true and correct to the best of my knowledge and belief, that it is materially complete, not misleading, and it is the truth, the whole truth, and nothing but the truth.

1. A principal in law is that an affidavit is a presentment that becomes truth in commerce and fact in law where not rebutted. Anyone who wishes to contradict what is presented in this affidavit is welcome to do so by presenting an affidavit with proof to the contrary to me at the above address.

2. Based upon extensive study, I have come to firmly believe that of the United States (U.S.) Government's internal revenue laws codified into the Internal Revenue Code (IRC or 26 U.S.C.) and the State of Colorado statutes related to IRC subtitles A and F are special laws (i.e., applicable to particular persons and things) that only apply to the U.S. Government's property transferred into the possession of men and women employed within an agency or instrumentality of the U.S. Government. Not being so employed, these special laws have no lawful or legal effect upon me or my estate, all of which is a product of my labor. Wherefore, any IRS or Colorado Department of Revenue (CDR) form ever executed and sent by me to the IRS or the CDR was done by mistake due to lack of knowledge at the time and undue influence caused by threats and harassment on the part of the governments and their revenue collection entities, and the promotion of these special laws as having general applicability. Thus any IRS or CDR account bearing a title that resembles my name is a bogus account. For this good cause, I withdraw any permission inferred by my signing of any IRS and CDR forms by now REVOKING my signature ab initio on any and all IRS and CDR documents I ever executed. I also declare that use of my name on any IRS or CDR forms is prohibited and, unless the evidence in this affidavit is proven incorrect at law, the failure to close such accounts immediately upon being notified by me to do so will constitute evidence of intent to injure me by way of identity theft, interference with commerce by threats or violence done under color of official right (see 18 U.S.C. § 1951, footnote 23) and other extortionate activities defined as "racketeering activities" (see 18 U.S.C. § 1961, footnote 24) including, but not limited to peonage (detailed below).

Constructive Notice of Legal Status and Property Rights                              Page 1 of 12

EXHIBIT 'A'

3.  BE IT KNOWN, a copy of this affidavit will be made an integral part of any response I make to IRS or CDR communications sent to me from this time forward. I am retaining the original for use as evidence should such need arise.

## Constitutional taxation

4.  The Constitution of the United States of America provides authority for direct and indirect taxation.[1] The former must be apportioned and the latter is a tax upon commerce and must be uniform throughout the states. FACT is, IRC statutes are not apportioned and Congress has declared "The labor of a human being is not a commodity or article of commerce" (see 15 U.S.C. § 17). The question then becomes, if the IRC subtitle A statutes do not constitute a constitutional tax then what is it, and what is meant by the required "Federal income tax return"? Studies show IRC subtitle A statutes deal with the bailment[2] contract that is collateral to the employment contract between the U.S. Government and men and women employed within its agencies or instrumentalities (Federal employee), and IRC subtitle F statutes provide for implementing the recaption[3] of the property possessed by the U.S. Government transferred into the possession of Federal employees, less a portion thereof that they can keep by making a claim thereto under penalties of perjury..

---

1.  "Ordinarily, all taxes paid primarily by persons who can shift the burden upon someone else, or who are under no legal compulsion to pay them, are considered indirect taxes; but **a tax upon property holders in respect of their estates, whether real or personal, or of the income yielded by such estates, and the payment of which cannot be avoided, are direct taxes.**"
    Pollock v. Farmers' Loan & Trust Co., 157 U.S. 429, 558 (1895)

    "Moreover, in addition, the conclusion reached in the Pollock Case did not in any degree involve holding that income taxes generically and necessarily came within the class of direct taxes on property, but, on the contrary, recognized the fact that taxation on income was in its nature an excise entitled to be enforced as such <u>unless and until it was concluded that to enforce it would amount to accomplishing the result which the requirement as to apportionment of direct taxation was adopted to prevent</u>, in which case the duty would arise to disregard form and consider substance alone, and hence subject the tax to the regulation as to apportionment which otherwise as an excise would not apply to it."
    Brushaber v. Union Pacific Railroad Co., 240 U.S. 1, 16-17 (1915)

2.  bailment. 1. A delivery of personal property by one person (the bailor) to another (the bailee) who holds the property for a certain purpose under an express or implied-in-fact contract. • Unlike a sale or gift of personal property, a bailment involves a change in possession but not in title. . . .
    A bailment relationship can be implied by law whenever the personal property of one person is acquired by another and held under circumstances in which principles of justice require the recipient to keep the property safely and return it to the owner." 8A Am. Jur. 2d Bailment Sec. 1 (1997).
    Black's Law Dictionary, Seventh Edition  (1999)

3.  Recaption. At common law, a retaking, or taking back. A species of remedy by the mere act of the party injured (otherwise termed "reprisal"), which happens when any one has deprived another of his property in goods or chattels personal, or wrongfully detains one's wife, child, or servant. In this case, the owner of the goods, and the husband, parent, or master may lawfully claim and retake them, wherever he happens to find them, so it be not in a riotous manner, or attended with a breach of the peace. Prigg v. Pennsylvania, 41 U.S. (16 Pet.) 539, 612, 10 L.Ed. 1060. ...
    Black's Law Dictionary, Fifth Edition (1979)

5.      The "gross income" derived from employment contracts within the U.S. Government is made up of two portions—"gain" and "income"[4]—the "income" portion is an exchange for labor and the "gain" portion is the part of the property possessed by the U.S. Government (aka "Federal income tax") transferred as an item of gross income[5] into the possession of the Federal employee that they are permitted to retain depending upon particular circumstances, and thus becomes a gain over and above their income. Income from sources other than the U.S. Government fall under the term "foreign estate or trust" as defined in 26 U.S.C. § 7701(a)(31)[6] and is NOT includible in gross income under IRC subtitle A. This is made evident by the fact that the "income" of a Federal employee is exempt from levy by IRC § 6331(a)[7] and regulation 26 CFR § 404.6334(d)-1(a).[8] The Federal employee is identified as a

---

4.  Revenue Act of 1918, c. 18, 40 Stat. 1057.
    Sec. 213. That for the purposes of this title...the term "gross income" -
    (a) includes gains, profits, and income derived from salaries, wages, or compensation for personal service (including in the case of the President of the United States, the judges of the Supreme and inferior courts of the United States, and all other officers and employees, whether elected or appointed, of the United States, Alaska, Hawaii, or any political subdivision thereof, or the District of Columbia, the compensation received as such), of whatever kind and in whatever form paid, ..

5.  "... No judge is required to pay a definite percentage of his salary, but all are **commanded to return, as a part of "gross income", "the compensation received as such" from the United States.** From the "gross income" various deductions and credits are allowed, as for interest paid, contributions or gifts made, personal exemptions varying with family relations, etc., and upon the net result assessment is made. The plain purpose was to require all judges to return their compensation as an item of "gross income," and to tax this as other salaries. This is forbidden by the Constitution.
    Miles v. Graham, 268 U.S. 501, 509 (1924)

6.  **26 U.S.C. § 7701(a)(31) Foreign estate or trust.**
    (A) Foreign estate
    The term "foreign estate" means an estate the income of which, from sources without the United States which is not effectively connected with the conduct of a trade or business within the United States, **is not includible in gross income under subtitle A.**
    (B) Foreign trust
    The term "foreign trust" means any trust other than a trust described in subparagraph (E) of paragraph (30).

7.  **26 U.S.C. § 6331 (a) Authority of the Secretary.** - If any person liable to pay any tax neglects or refuses to pay the same within 10 days after notice and demand, it shall be lawful for the Secretary to collect such tax (...) upon all property and rights to property (except such property exempt under section 6334) belonging to such person or on which there is a lien provided in this chapter for the payment of such tax. **Levy may be made upon the accrued salary or wages of any officer, employee, or elected official, of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia, by serving a notice of levy on the employer (as defined in section 3401(d)** of such officer, employee, or elected official. ...

8.  26 CFR § 404.6334(d)-1   Minimum exemption from levy for wages, salary, or other income.
    (a) In general. Under section 6331(a), if an individual liable for any tax neglects or refuses to pay such tax within 10 days after notice and demand, the tax may be collected by levy upon property or rights to property belonging to such individual, including amounts payable to or received by him as wages, salary, or other income. ... Under section 6334(a)(9), however, <u>certain amounts payable to or received by an individual as wages or salary for personal services</u>, or as <u>income from other sources are exempt from levy</u>. ...

Constructive Notice of Legal Status and Property Rights                              Page 3 of 12

EXHIBIT 'A'

"person liable," and the regulation refers to them as "an individual." IRC § 6331(a) also clearly makes the U.S. Government "the employer" defined in IRC § 3401(d) of "an individual" defined as "the employee" in IRC § 3401(c) who receives "wages" defined in IRC § 3401(a), [9] which clearly excludes remuneration paid for services for an employer other than the U.S. Government and "fees" ("income") paid to the Federal employee.[10]

      6.    Limits to the use of IRC subtitle F statutory authority to enforce recaption of property possessed by the U.S. Government is confirmed by IRC statutes and regulations. The U.S. Supreme Court made it clear that statutes cannot stand alone as authority for the conduct of government persons when it ruled:
> "we think it important to note that the Act's civil and criminal penalties attach only upon violation of regulations promulgated by the Secretary; if the Secretary were to do nothing, the Act itself would impose no penalties on anyone"
>     California Bankers Assn. v. Schultz, 416 U.S. 21, 26 (1974)

Regulations having general applicability are required to be published in the Federal Register (see 44 U.S.C. § 1501 et. seq.). Pursuant to 44 U.S.C. § 1510, a list of the location of such regulations is to be published, and has been in the Table of Authorities of the Code of Federal Regulations (CFR) Index and Finding Aids. 44 U.S.C. § 1505(a) states the exception being "those not having general applicability and legal effect or effective only against Federal agencies or persons in their capacity as officers, agents, or employees thereof" (which are published pursuant to 5 U.S.C. §301; Title 5 being Government Organization and Employees). The CFR Index and Finding Aids list shows the regulations published pursuant to 44 U.S.C. § 1501 et seq. for "authority of internal revenue enforcement officers" (IRC § 7608) to "canvass of district for taxable persons" (IRC § 7601) and conduct "examination of books and witnesses" (IRC § 7602) by issuing and enforcing administrative summons (IRC §§ 7603, 7604, 7605) and then have "returns prepared by the Secretary" (IRC § 6020) and make an assessment (IRC §§ 6201, 6203) and then use "collection authority" (IRC § 6301) by giving "notice and demand for tax" (IRC §

---

9.    26 U.S.C. § 3401. Definitions.
    (a) Wages. For purposes of this chapter, the term "wages" means all remuneration (other than fees paid to a public official) for services performed by an employee for his employer, including the cash value of all remunerations paid in any medium other than cash; except that such term shall not include remuneration paid --

    (8) (A) for services for an employer (other than the United States or any agency thereof) --
        (B) for services for an employer (other than the United States or any agency thereof) --
        (C) for services for an employer (other than the United States or any agency thereof) --

    (c) Employee. For purposes of this chapter, the term "employee" includes an officer, employee, or elected official of the United States, a State, or any political subdivision thereof, or the District of Columbia, or any agency or instrumentality of any one or more of the foregoing. The term "employee" also includes an officer of a corporation.

    (d) Employer. For purposes of this chapter, the term "employer" means the person for whom an individual performs or performed any service, of whatever nature, as the employee of such person.

10.    Fee. A charge fixed by law for services of public officers or for use of a privilege under control of government. Fort Smith Gas Co. v. Wiseman, 189 Ark. 675, 74 S.W.2d 789, 790. ...
    Black's Law Dictionary, Fifth Edition (1979)

6303) and make "liens for taxes" (IRC § 6321) and then collect through "levy and distraint" (IRC §§ 6331-6343) the tax along with interest and penalties added (IRC §§ 6601, 6602, 6651, 6671, 6672, 6701) and institute actions in district courts of the U.S. Government per "judicial proceedings authorization" (IRC § 7401) and "judicial action to enforce lien" (IRC § 7403), or for certain criminal sanctions [i.e., "fraudulent returns (IRC §7207) and "interference with administration of internal revenue laws" (IRC § 7212)] are ALL in Title 27 CFR, which is only for taxable alcohol, tobacco, and firearm (ATF) activities. Those with **NO REGULATIONS PUBLISHED PURSUANT TO 44 U.S.C. § 1501 et seq.** are the Notice of deficiency (IRC § 6212) and Tax Court functions (IRC §§ 6213, 6214, 6215, 6902, and 7454), False Information with Respect to Withholding (IRC § 6682), Frivolous income tax return (IRC § 6702), Attempt to Evade or Defeat Tax (IRC § 7201), Willful Failure to File Return, Supply Information or Pay Tax (IRC § 7203), and Court's Jurisdiction to Enforce Summons (IRC § 7402); which means these are <u>applicable only to gross income derived from U.S. Government agencies or instrumentalities by the U.S. individual</u> (the 26 U.S.C. § 7701(a)(30)(A) U.S. person [11]") <u>and the replevin by the U.S. Government of the part of the "Federal income tax" in their possession that is required to be returned to the U.S. Treasury</u>. IRS records show, or should show, that I am not now, nor have I ever been, involved in any taxable ATF activity or employed within any agency or instrumentality of the U.S. Government.

### <u>Notice of deficiency</u> / <u>Notice of Federal Tax Lien</u> / <u>Levy-Seizure</u>

7. As seen by the regulations for IRC subtitle F statutes, a Notice of Deficiency serves as notice of injury to the U.S. Government caused by the failure of "the person liable" to make a proper return of the U.S. Government's property in their possession. IRC subtitle F statutes related to Tax Court and collection provide a common law remedy for the recaption (see footnote 3) of the U.S. Government's property ("Federal income tax"). Arbitration as to possible error in the sum to be returned by the U.S. person is handled by the U.S. Government's administrative entity called Tax Court. Not being employed within an agency or instrumentality of the U.S. Government means any Notice of Deficiency or other IRS claim or demand sent to me is a false document to which no liability exists under law—thus constitutes asking a bribe.[12]

---

11. 26 U.S.C. §. 7701(a)(30) United States person.
    The term "United States person" means —
    (A) a citizen or resident of the United States,
    (B) a domestic partnership,
    (C) a domestic corporation,
    (D) any estate (other than a foreign estate, within the meaning of section 7701(a)(31)), and
    (E) any trust if--
       (i) a court within the United States is able to exercise primary supervision over the administration of the trust, and
       (ii) One or more United States persons have the authority to control all substantial decisions of the trust.
    [That which is controlling in this definition is the term "ejusdem generis"; meaning the "U.S. person" in 26 U.S.C. § 7701(a)(30) (A), (B), (C), (D), and (E) are all in the same kind or class; (A) being human beings; (B) and (C) being entities created under U.S. Government laws; and (D) and (E) being estates or trusts created by and for U.S. person (A), (B), or (C).]

12. On next page.

8.   IRS process and procedures call for a Notice of Federal Tax Lien to be filed into county public records after the time has expired for the IRC "person liable" to file a petition to Tax Court as to a Notice of Deficiency. The failure of "the person liable" to file a petition to Tax Court is prima facie evidence that they confess the amount of deficiency (injury). As can be seen from the foregoing, the ONLY legitimate purpose for the Notice of Federal Tax Lien filing is to give notice of the statutory lien that exists in favor of the U.S. Government (26 U.S.C. § 6321) against the 26 U.S.C. § 7701(a)(30)(A) U.S. person because of the "security interest" (26 U.S.C. § 6323(h)) the U.S. Government has in its own property transferred into the possession of such U.S. person. 26 U.S.C. § 6331 provides authority to "levy upon all property and rights to property (except such property as is exempt under § 6334 and regulation) belonging to such person" (see footnotes 7 and 8) and 28 U.S.C. § 2463 [13] informs that such property taken or detained is deemed to be in the custody of the law and is not replevible by the U.S. person. However, when a Notice of Federal Tax lien is filed into county public records against anyone who is not an IRC "person liable", like myself, it is against their "income" to which the U.S. Government has no "security interest"; meaning it and any resulting credit reporting agency records are libelous per se,[14] and any property taken is subject to replevin action under common law.

9.   Courts of the U.S. Government have made a Warrant of Distraint a procedural requirement before seizure of property by the IRS.[15] Revenue agents are informed of this by

---

12.   **ASKING A BRIBE.** To constitute the crime of "asking a bribe," it is not necessary that the party solicited shall consent to give the bribe, or that there shall be a meeting of the minds, or mutual understanding or agreement between him and the party asking the bribe; it being sufficient if the latter is ready and willing to enter into the corrupt agreement. People v. Powell, 50 Cal.App. 436, 195 P. 456-458.
        Black's Law Dictionary, Third Edition  (not in Black's 4th, 5th, 6th, or 7th)

13.   **28 U.S.C. § 2463. Property taken under revenue law not replevible.**
        All property taken or detained under any revenue law of the United States shall not be replevible, but shall be deemed to be in the custody of the law and subject only to the orders and decrees of the courts of the United States having jurisdiction thereof.

14.   **Libelous per se.** A publication is libelous per se when the words are of such a character that an action may be brought upon them without the necessity of showing any special damage, the imputation being such that the law will presume that any one so slandered must have suffered damage. Robinson v. Nationwide Ins. Co., 273 N.C. 391, 159 S.E.2d 896, 898. To render words "libelous per se," the words must be of such character that a presumption of law will arise therefrom that the plaintiff has been degraded in the estimation of his friends or of the public or has suffered some other loss either in his property, character, reputation, or business or in his domestic or social relations. When a publication is "libelous per se," that is, defamatory on its face, it is actionable per se; i.e., one need not prove that he received any injury as a result of the publication in order to recover damages, and in such a case general damages for loss of personal or business reputation are recoverable and no averments or proof of special damages are necessary. Rosenbloom v. Metromedia, Inc., D.C. Pa., 289 F.Sup. 737. See Actionable per se.
        Black's Law Dictionary, Fifth Edition  (1979)

15.   See Powell v. Rothensies, 183 F.2d 774 (1950, 3rd Cir.), Raffaele et al. v. Granter, 196 F.2d 620 (1952, 3rd Cir.); Freeman v. Mayer, 141 F.Supp. 282 (1947, S.New Jersey); In Re Holdsworth et al, 113 F.Supp 878 (1953) D. New Jersey; Brinker v. Dougherty, 134 F.Supp. 384 (1955) W.D. Pa.; U.S. v. O'Dell, 160 F.2d 304 (1947, 6th Cur).

instruction in the Internal Revenue Manual, page 57(16), titled "Legal Reference Guide for Revenue Officers" (February 9, 1990), which states "**A proper levy against any amounts held as due and owing by employers, banks, stockholders, etc., must issue from a warrant of distraint and not mere notice.**" It then cites United States v. O'Dell, 160 F.2d 304 (1947, 6th Cir). The O'Dell Court specifically stated that: "The method of accomplishing a levy ... is the issuing of warrants of distraint..." and that the IRS must also serve "... with the notice of levy, [a] copy of the warrants of distraint and [the] notice of lien." The Court emphasized that the "...Levy is not effected by mere notice." The requirement for court order is also seen in 26 U.S.C. Sec. 7403, Action to enforce lien or to subject property to payment of tax, where subsection (c) reads: " Adjudication and decree. The court shall, after the parties have been duly notified of the action, proceed to adjudicate all matters involved therein and finally determine the merits of all claims to and liens upon the property." Of course, this only applies to someone with a "taxpayer" status and "The taxpayer must be liable for the tax. Tax liability is a condition precedent to the demand. Merely demanding payment, even repeatedly, does not cause liability." Bothke v. Fluor Engineers and Constructors, Inc., 713 F.2d 1405,1414 (1983), 9th Cir. Under my "nontaxpayer" status as to the IRC statutes, seizure of my income requires a common law State garnishment action based upon a debt instrument signed by me without any undue influence.

## Conduct of government controlled by the Constitution

10. The U.S. Constitution controls the subjects over which the Legislative Departments of government can enact laws. Government administrative entities have an obligation to operate honestly and stay within the limits to the enforcement of laws enacted by the Legislature. Its employees merely following process and procedures given to them by their supervisors is not sufficient. This is made clear by the U.S. Supreme Court ruling:

> "Official powers cannot be extended beyond the terms and necessary implications of the grant. If broader powers be desirable, they must be conferred by Congress. **They cannot be merely assumed by administrative officers; nor can they be created by the courts in the proper exercise of their judicial functions.**"
> Federal Trade Commission v. Raladam Co., 283 U.S. 643, 649; 51 S.Ct. 587 (1931)

Notwithstanding that case was a battle over advertising of "obesity cure," the concept must apply to all authority given by acts of Congress. Hence, officers of the IRS and State taxing entities cannot merely assume they are acting within the lawful bounds of their office once put on notice otherwise, like by the evidence in this affidavit. Further, where IRC and State "income tax" statutes do NOT apply to me or any interest I have in my property then all notices and demands from government people constitute offers to enter into private commercial transactions and as such are subject to control by Uniform Commercial Code laws, and any injury to me is actionable under common law, which is preserved inviolate.[16]

---

16. **Rule 38. Jury Trial of Right.**    Federal Rules of Civil Procedure
  (a) RIGHT PRESERVED. The right of trial by jury as declared by the Seventh Amendment to the Constitution or as given by a statute of the United States shall be preserved to the parties inviolate.

  SEVENTH AMENDMENT    Constitution of the United States of America
  In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, than according to the rules of the common law.

Constructive Notice of Legal Status and Property Rights    Page 7 of 12

Exhibit 'A'

## State "income tax" statutes

11. Control of the States by the Constitution for the United States of America is expressed in Article VI, Clause 2; which reads:

"This Constitution, and the laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the constitution or Laws of any State to the Contrary notwithstanding.

In addition, Article I, Section 10, of this Constitution specifically forbids States from passing any "law impairing the obligations of contracts." This prohibition goes to all governments making itself party to labor contracts to which it is not a direct party notwithstanding any legislation alleged to have been approved by the people.[17] Contracting their labor is chief among people's right to contract.[18] The Constitution establishes the right to work and enjoy the fruits of one's as an absolute right not to be impaired by governments or voters or statutory presumptions.[19] The long standing extortionate false belief that the "income tax" statutes in IRC subtitle A apply to one's income cannot not alter this fact as seen by:

---

17. It is clear, however, that the Legislature and the people may not choose to deny a fundamental constitutional right as a means of collecting revenue."
    United States v. State of Texas, 252 F.Supp. 234, 254;
    relying on Texas v. U.S., 384 U.S. 1383 (1966).

18. "The right to follow any of the common occupations of life is an inalienable right. It was formulated as such under the phrase 'pursuit of happiness' in the Declaration of Independence."
    Allgeyer v. State of Louisiana, 165 U.S. 578, 17 S.Ct. 427, 41 L.Ed. 832 (1897)
    Hotel, et al. v. Longley, et al., 160 S.W.2d 124, 127 (1942).

    "Included in the right of personal liberty and the right of private property -- partaking of the nature of each -- is the right to make contracts for the acquisition of property. Chief among such contracts is that of personal employment, by which labor and other services are exchanged for money or other forms of property."
    Coppage v. Kansas, 236 U.S. 1, 14 (1915).

    "The property which every man has in his own labor, as it is the original foundation for all other property, so it is the most sacred and inviolable. The patrimony of the poor man lies in the strength and dexterity of his own hands, and to hinder his employing this strength and dexterity in what manner he thinks proper, without injury to his neighbor, is a plain violation of this most sacred property."
    Butchers Union Co. v. Crescent City Co., 111 U.S. 764.

    "We also think the right to work is one of the most precious liberties that man possesses. Man has as much right to work as he has to live, to be free, to own property, or to join a church of his own choice for without freedom to work the others would soon disappear. It is a fundamental human right which the due process clause of the Fifth Amendment protects from improper infringement by the federal government. To work for a living in the occupations available in a community is the very essence of personal freedom and opportunity that it was one of the purposes of these amendments to make secure. Liberty means more than freedom from servitude. The constitutional guarantees are our assurance that the citizen will be protected in the right to use his powers of mind and body in any lawful calling."
    Referenced from Smith v. State of Texas, 233 U.S. 630 (1913) in
    Hanson v. U.P.RR. Co., 71 N.W. 526, 546 (1955).

19. On next page.

---

Constructive Notice of Legal Status and Property Rights

> "It is obviously correct that no one acquires a vested or protected right in violation of the Constitution by long use, even when that span of time covers our entire national existence and indeed predates it.."
> Walz v. Tax Commission of New York City, 397 U.S. 664, 678 (1970)

12.  FACT is, State "income tax" statutes are based upon a U.S. Government revenue sharing program provided for in 4 U.S.C. § 111 [20] whereby a portion of the "return required" of "Federal income tax" is redirected to duly authorized State taxing authorities.  When the "U.S. person" fails or neglects to make such redirection of U.S. Government property, the State taxing authority may legitimately file a "lien" based thereon into county public records to give notice of the "security interest" the State has in property of the U.S. Government in the possession of the "U.S. person." However, they, or any man or woman, is discriminated against (prejudiced) when the "Amount you owe" shown on the IRS Form 1040 or State equivalent contains gross income that is foreign to the U.S. Government (see footnote 6).

## Crimes of violence by U.S. and State governments

13.  Isn't a crime of violence on record [21] where agents of the IRS Commissioner and the CDR are permitted, and perhaps instructed, to perform acts which exceed the authority provided by legislation and the result is an unauthorized exaction? [22]  Doesn't such result

---

19.  "Constitutional rights would be of little value if they could be . . . indirectly denied" Smith v. Allwright, 321 U.S. 649, 664. ". . . or 'manipulated out of existence' " Gomillion v. Lightfoot, 364 U.S. 339, 345.

> "Constitutional rights may not be infringed simply because the majority of the people choose that they be. Nor may a constitutional prohibition be transgressed indirectly by the creation of a statutory presumption anymore than it can be violated by direct enactment; the power to create presumptions is not a means of escape from constitutional restrictions."
> California Jurisprudence 3d, Volume 13, section 229, p. 412

> "It is apparent that a constitutional prohibition cannot be transgressed indirectly by the creation of a statutory presumption any more than it can be violated by direct enactment. **The power to create presumptions is not a means of escaping from constitutional restrictions. And the State may not in this way interfere with matters withdrawn from its authority by the Federal Constitution** or subject an accused to conviction for conduct which it is powerless to proscribe."
> Bailey v. Alabama, 219 U.S. 219, 239 (1910)

20.  4 U.S.C. § 111.  Same: taxation affecting Federal employees; income tax.
     The United States consents to the taxation of pay or compensation for personal service as an officer or employee of the United States, a territory or possession or political subdivision thereof, the government of the District of Columbia, or an agency or instrumentality of one or more of the foregoing, by a duly constituted taxing authority having jurisdiction, if the taxation does not discriminate against the officer or employee because of the source of the pay or compensation.

21.  18 U.S.C. § 16.  Crime of violence defined
     The term "crime of violence" means. –
        (a) an offense that has an element the use, attempted use, or threatened use of physical force against the person or property of another, or
        (b) any other offense that is a felony and that, by its nature, involves a substantial risk that physical force against the person or property of another may be used in the course of committing the offense.

22.  CFR 601.106(f)(1) "Rule 1. An exaction by the U.S. Government, which is not based upon law, statutory or otherwise, is a taking of property without due process of law, in violation of the Fifth Amendment.

---

Constructive Notice of Legal Status and Property Rights

constitute "interference with commerce by threats or violence" [23] and fall within the term "racketeering activity"? [24] And, doesn't withholding information from revenue agents as to the lawful and legal limitations to the enforcement of IRC statutes constitute evidence of intent to have them conspire to commit fraud?

## Involuntary servitude, peonage



14. Peonage is among the crimes shown in 18 U.S.C. § 1961 as a "racketeering activity." When anyone creates a debt against themselves by stating, under penalties of perjury, an "amount you owe" on an IRS Form 1040 that does not represent a "required return" of the U.S. Government's property ("Federal income tax") they place themselves into a condition of peonage (compelling themselves to labor for others). Only when such act is performed without

---

23.  18 U.S.C. § 1951. Interference with commerce by threats or violence      [2000 Edition]
     (a) Whoever in any way or degree obstructs, delays, or affects commerce or the movement of any article or commodity in commerce, by robbery or extortion or attempts or conspires so to do, or commits or threatens physical violence to any person or property in furtherance of a plan or purpose to do anything in violation of this section shall be fined under this title or imprisoned not more than twenty years, or both.
     (b) As used in this section—
     (1) The term "robbery" means the unlawful taking or obtaining of personal property from the person or in the presence of another, against his will, by means of actual or threatened force, or violence, or fear of injury, immediate or future, to his person or property, or property in his custody or possession, or the person or property of a relative or member of his family or of anyone in his company at the time of the taking or obtaining.
     (2) The term "extortion" means the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right.
     (3) The term "commerce" means commerce within the District of Columbia, or any Territory or Possession of the United States; all commerce between any point in a State, Territory, Possession, or the District of Columbia and any point outside thereof; all commerce between points within the same State through any place outside such State; and all other commerce over which the United States has jurisdiction.
     (c) This section shall not be construed to repeal, modify or affect section 17 of Title 15, sections 52, 101-115, 151-166 of Title 29 or sections 151-188 of Title 45.

24.  18 U.S.C. § 1961. Definitions        [2000 Edition]
     As used in this chapter -
     (1) "racketeering activity" means (A) any act or threat involving murder, kidnapping, gambling, arson, robbery, bribery, extortion, or dealing in obscene matter, or dealing in a controlled substance or listed chemical (as defined in section 102 of the Controlled Substances Act), which is chargeable under State law and punishable by imprisonment for more than one year; (B) any act which is indictable under any of the following provisions of title 18, United States Code: section 201 (relating to bribery), ..., sections 891-894 (relating to extortionate credit transactions), section 1028 (relating to fraud and related activity in connection with identification documents), section 1029 (relating to fraud and related activity in connection with access devices), ... , section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344 (relating to financial institution fraud), ..., section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), ...; sections 1581-1588 (relating to peonage and slavery), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section . . .

any improper influences can it be said to be voluntary.[25] Under no circumstances can enforced collection of any sum manufactured by an agent of the IRS Commissioner based upon one's foreign estate or trust be said to be voluntary. Any such collection has the result to compel the targeted human being to specific performance to labor for others against their will. In <u>Bailey v. Alabama</u>, 219 U.S. 219, the U.S. Supreme Court struck down the Alabama law that made the mere evidence of refusal to continue in a contract or pay back an advance a prima facie case of fraud against the employer; ruling that injury and fraud must be charged and proven, and that no person can be compelled to specific performance to labor for others (such a condition being a form of involuntary servitude called peonage, see "what is peonage" in the <u>Bailey</u> Court ruling at pages 242-243 and 42 U.S.C. § 1984 and 18 U.S.C. § 1581). At page 241, the <u>Bailey</u> Court ruled:

> "The plain intention [of the Thirteenth Amendment] was to abolish slavery of whatever name and form and all its badges and incidents; to render impossible any state of bondage; to make labor free, by prohibiting that control by which the personal service of one man is disposed of or coerced for another's benefit which is the essence of involuntary servitude."

Under "what is peonage" in the <u>Bailey</u> Court ruling, where the U.S. or State Government is injured by my conduct of not voluntarily sharing my income/estate with them then their remedy is by way of verified complaint for damages upon proof of injury to the government in a State court of justice under common law (see footnote 16); just as I would have a cause of action for damages personally against any person whose conduct results in injury to me.

## OPPORTUNITY TO REBUT OR ADMIT

15. A common law maxim exists that an affidavit is a presentment that if unrebutted becomes truth in commerce and fact in law. Wherefore, the evidence in this affidavit must stand as correct in law absent absolute proof to the contrary being placed on record by people within the U.S. or State Government competent to speak with regard to the law (i.e., lawyers within the IRS, or the U.S. Department of Justice (DOJ) Tax Division, or lawyers within the State Government) once presented to them. **Such people have a duty to speak to this matter.[26] Their refusal, failure, or neglect to so constitutes an implied representation of the existence of the state of facts in question (i.e., that the IRC statutes are based upon special laws which do not apply to me or my property), and the estoppel is accordingly a species of estoppel by**

---

25. "... The rule is not that ... the proof must be adequate to establish that the particular communications contained in a statement were voluntarily made, but it must be sufficient to establish that the making of the statement was voluntary; ... the accused was not involuntarily impelled to make a statement, when but for the improper influences he would have remained silent."
   Miranda v Arizona, 384 U.S. 436, 462 (1965)

26. "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading... We cannot condone this shocking conduct by the IRS. Our revenue system is based on the good faith of the taxpayers and the taxpayers should be able to expect the same from the government in its enforcement and collection activities. During oral argument counsel for the government stated that these procedures were "routine." If that is the case we hope our message is clear. This sort of deception will not be tolerated and if this is the "routine" it should be corrected immediately."
   <u>U.S. v. Tweel</u>, 550 F.2d 297, 299-300 (1977)

Constructive Notice of Legal Status and Property Rights     Page 11 of 12

EXHIBIT 'A'


misrepresentation. [27]

16.     This affidavit is made with reservation of all rights.

The foregoing is said to be true and correct to the best of my knowledge and belief, materially complete, not misleading, the truth, the whole truth and nothing but the truth

By: _____
Wayne Dunn
15393 S. Wandcrest Drive
Pine, Colorado 80470

On this 9th day of April 2007, the foregoing affidavit titled CONSTRUCTIVE NOTICE OF LEGAL STATUS & PROPERTY RIGHTS was subscribed and sworn to before me, a Notary Public of the State of Colorado, by Wayne Dunn, proven to me to be this man by satisfactory evidence.



_____
Notary Public, my commission expires: 4-15-2009

---

27.     "It has been very justly and forcibly observed that there is a negative fraud in imposing a false apprehension on another by silence where silence is treacherously oppressive. In equity, therefore, "where a man has been silent when in conscience he ought to have spoken, he shall be debarred from speaking when conscience requires him to be silent." Harris v. Am. Bldg., etc., Ass'n, 122 Ala. 545, 25 South. 200. **Silence is a species of conduct, and constitutes an implied representation of the existence of the state of facts in question, and the estoppel is accordingly a species of estoppel by misrepresentation.** 16 Cyc. 681, note 10. When the silence is of such a character and under such circumstances that it would become a fraud upon the other party to permit the party who has kept silent to deny what his silence has induced the other to believe and act upon, it will operate as an estoppel. 16 Cyc. 756. ... Even when the statute of frauds has been relied on, the equitable doctrine of estoppel has been enforced to prevent fraud. Goldman v. Brinton, 90 Md. 259, 44. Atl. 1029."

Carmine v. Bowen, 104 Md. 198, 64 Atl.Rep. 932, 934 (1906)

EXHIBIT 'A'