Wayne Leroy Dunn
15393 S. Wandcrest Drive
Pine, Colorado 80470

December __, 2016

# INVESTIGATION; CORRECTION; REDRESS DEMAND REGARDING IRS CHICANE [1] ; NOTICE OF AUTOMATIC DEFAULT BY SILENCE
*to be recorded and maintained with DOT/IRS and SSA account WAYNE L. DUNN*

**Directed to and deemed to reach the attention of:**
Jacob J. Lew, current Secretary of the Treasury, and his successor(s)
United States Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

Certified Mail 7015 0640 0004 4134 9556

Copied, using USPS Form 3817 as proof of mailing, to:
John Koskinen, current IRS Commissioner, and his successor(s)
Internal Revenue Service
1111 Constitution Avenue, NW
Washington, D.C. 20224

Terence Donohoue, current Territory Manager, and successor(s)
Internal Revenue Service
600 17th Street, MS6610DEN
Denver, CO 80202

Revenue Officer John Vencato and Group Manager Group Steve Dyson
Internal Revenue Service
301 S Howes Street, Room 302 M/S 5226
Fort Collins, CO 80521

Cheryl Cordero, current Director, Specialty Collections, and successor(s)
Department of the Treasury Internal Revenue Service
915 Second Avenue,
Seattle, WA 98174.

Carolyn W. Colvin, current Acting Commissioner, and successor(s)
Office of Social Security Administration, Central Operations
1500 Woodlawn Drive
Baltimore, MD, 21241-1500

Department of the Treasury Internal Revenue Service
PO Box 145566
Cincinnati, OH 45250-5566

---

[1] **Chicane.** Swindling, shrewd cunning. The use of tricks and artifice. Black's Law Dictionary, Fifth Edition (1979) p. 216

EXHIBIT 'B'

Dear Mr. Lew,

1.   This is to report wrongful actions against me and my property committed by people employed within the Department of the Treasury (DOT) Internal Revenue Service (IRS); including, but not limited to, those copied herewith. All people so employed work under the supervision and command of the Secretary of the Treasury. Wherefore, responsibility rests squarely upon the Secretary of the Treasury, currently you Mr. Lew, to see that they operate in accord with the authority provided by LAW to the DOT/IRS.

2.   This also serves as notification that, under principles of silence [2], the failure, refusal or neglect of DOT officials to deny and disprove the authoritative evidence presented below constitutes an automatic default that stands as an **Official Determination** that DOT/IRS claims to my property have NO *lawful* or *legal* force or effect; and that law, truth, justice, and honesty in government requires DOT/IRS officials provide immediate redress of all unauthorized DOT/IRS actions against me and my property rights.

**Background facts.**

3.   The crux of the matter presented is the *lawful* enforcement of United States (U.S.) legislation codified into Internal Revenue Code (IRC or 26 U.S.C.) statutes. I memorialized extensive study into this matter in my affidavit filed as # 2007040243 into Jefferson County, Colorado, public records on 4/29/2007 (herein referred to as my Status Affidavit). It is made an integral part of this writing by reference though briefed below.

4.   Copy of my Status Affidavit and all my related prior presentments should be in the IRS system of records. Among my presentments is my REPORT & DEMAND presented on 05/28/2011 to the then IRS Commissioner Douglas Shulman and the IRS Western Territory Manager John W. Joseph; to which they chose to default and were given notice thereof. More recently, I presented my NOTIFICATION to individuals working within IRS office in Ft. Collins, CO. At their behest, Cheryl Cordero, Director, Specialty Collections, at the DOT/IRS office in Seattle, WA, issued and filed DOT/IRS Notice of Federal Tax Lien writings into public records. Terence Donohoue, the Territory Manager for Colorado, Montana and Wyoming, was apprized of their wrongful conduct through my REPORT & DEMAND to him mailed on 10/13/2016. Most recent is my NOTICE & DEMAND presented on 10/20/2016 to Messrs. Vencato and Dyson to the threat of foreclosure of my "principle residence" made by the sending of DOT/IRS Form 9287. All of the above named U.S. Government individuals have chosen to ignore my inquires into their conduct and the authoritative evidence presented by me that absolutely and conclusively proves that I an my property are not within IRC statutes. The U.S. Supreme Court has established: **"There are no constructive offenses; and before one can be punished, it must be shown that his case is plainly within the statute."** *McNally v U.S.*, 483 U.S. 350, 360 (1987).

---

[NOTE: emphasis in quotes added by me.]

[2]   :**"Silence is a species of conduct, and constitutes an implied representation of the existence of the state of facts in question, and the estoppel is accordingly a species of estoppel by misrepresentation."** *Carmine v. Bowen*, 104 Md. 198, 64 Atl.Rep. 932, 934 (1906)

EXHIBIT 'B'

5.   The latest DOT/IRS threat against me and my property is a CP91 notice "Intent to seize up to 15% of your Social Security Benefits" sent on 11/28/2016 from the DOT/IRS office in Cincinnati, OH, (not signed and sender not identified). For this reason Carolyn W. Colvin, current Acting Commissioner of the Office of Social Security Administration (SSA) is being copied as advance notice, and fair warning, of DOT/IRS plan to solicit the SSA to join in DOT/IRS crimes of violence against me. [3]

**Laws in issue.**

6.   Falsely propagandizing IRC statutes as imposing a tax "on" income has enabled a systemic governmental fraud to exist. It begins with entries of sums reported on DOT/IRS forms regarding private commercial transactions related to labor or otherwise. Computer generated DOT/IRS forms making claims with regard thereto are then automatically sent out via the mails.

7.   Though private commercial transaction reports are made due to misrepresentation that it is an act required by law, entries on DTO/IRS accounts of such private transactions are falsely presumed to create a "debt" due and owing to the U.S. Government that provides authority to use IRC subtitle C and F statutory authority for its collection. This mistake with regard to private commercial contracts starts a series of presumptions relied upon as legalization of DOT/IRS unlawful actions through implied consent. Agents of the IRS Commissioner are trained to presume all actions taken to effectuate collection is lawful. Even courts have been able to operate based upon presumption because actions brought by or against people and property not within IRC statutes are based upon the premise that IRC subtitle A statutes impose a tax "on"

---

[3]   **18 U.S.C. § 16. Crime of violence defined**
   The term "crime of violence" means. —
      (a) an offense that has an element **the use, attempted use, or threatened use of physical force against the person or property of another**, or
      (b) any other offense that is a felony and that, by its nature, involves a substantial risk that physical force against the person or property of another may be used in the course of committing the offense.
(Added Pub.L. 98-473, Title II, § 1001(a), Oct. 12, 1984, 98 Stat. 2136)

**18 U.S.C. § 373. Solicitation to commit a crime of violence**
   (a) Whoever, with intent that another person engage in **conduct constituting a felony that has an element the use, attempted use, or threatened use of physical force against property or against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, solicits, commands, induces, or otherwise endeavors to persuade such other person to engage in such conduct**, shall be imprisoned not more than one-half the maximum term of imprisonment or (notwithstanding section 3571) fined not more than one-half of the maximum fine prescribed for the punishment of the crime solicited, or both; or if the crime solicited is punishable by life imprisonment or death shall be imprisoned for not more than twenty years.
   (b) **It is an affirmative defense to a prosecution under this section that**, under circumstances manifestly a voluntary and complete renunciation of his criminal intent, **the defendant prevented the commission of the crime solicited**. A renunciation is not "voluntary and complete" if it is motivated in whole or in part by a decision to postpone the commission of the crime until another time or to substitute another victim or another but similar objective. **If the defendant raises the affirmative defense at trial, the defendant has the burden of proving the defense by a preponderance of the evidence.**
   (c) It is not a defense to a prosecution under this section that the person solicited could not be convicted of the crime because he lacked the state of mind required for its commission, because he was incompetent or irresponsible, or because he is immune from prosecution or is not subject to prosecution

EXHIBIT 'B'

income. This enabled courts to create false rulings and use them as precedent (stare decisis) to perpetuate future false rulings.

8. Uncontradicted/unrebutted authoritative evidence presented by me to DOT/IRS officials proves IRC statutes are based upon special legislation (i.e., applicable to particular persons and property) dealing with the return of property possessed by the U.S. Government transferred as an item of "gross income" into the possession of U.S. Government individuals employed or appointed into office; and has nothing to do with people employed in the private sector. Referring to this particular property as "Federal income tax" is part of the deception.

9. In brief, this is how the "federal income tax return" program operates. The "gross income" received by Federal employees from contracts within the U.S. Government is made up of three portions—"gain" and "income" (see Revenue Act of 1918, c. 18, 40 Stat. 1057, Sec. 213) and the "return required". The "income" portion is an exchange for labor. The "gain" portion is the part of the property possessed by the U.S. Government (deceptively called "Federal income tax") transferred as an item of gross income into the possession of the Federal employee that they are permitted to retain depending upon particular circumstances, and thus becomes a "gain" to them over and above their "income". The "return required" is the remaining balance of the U.S. Government's property that is required to be returned to the U.S. Treasury by April 15th via the IRS Form 1040 (the instrument prescribed for making the accounting of the return required, see regulation 26 CFR § 1.6012-1(a)). **Income from sources other than the U.S. Government** fall under the term "foreign estate or trust" as defined in 26 U.S.C. § 7701(a)(31) and **is NOT includible in gross income under IRC subtitle A**. This is made evident by the fact that the "income" of a Federal employee is exempt from levy by IRC § 6331(a) and regulation 26 CFR § 404.6334(d)-1(a). The Federal employee is identified in that statute as a "person liable," and the regulation refers to them as "an individual." Use of generic terms like "individual", "income", "wages", employee", "employer", etc. makes possible the deception needed for people to believe IRC statutes apply to everyone and their property. Special definitions in statutes are provided when a generic word has a meaning other than that commonly given to it. For example, IRC § 6331(a) also clearly makes the U.S. Government "the employer" defined in IRC § 3401(d) of "an individual" defined as "the employee" in IRC § 3401(c) who receives "**wages**" defined in IRC § 3401(a), which clearly **excludes remuneration paid for services for an employer other than the U.S. Government** and "fees" paid to the Federal employee ("fee" being defined in part in Black's Law Dictionary, Fifth Edition, as "A charge fixed by law for services of public officers"; in other words "income"). This private arrangement between the U.S. Government and those employed within its agencies and instrumentalities operates like a common law contract, one of bailment, put in statute form and has no force or effect upon commercial transactions in the private sector. Known fact is, I am not, and never have been, employed within any agency or instrumentality of the U.S. Government.

10. Reliance upon a DOT/IRS Notice of Levy as authority for a taking of my property, whether by the SSA or others, has no substance as the controlling law with regard thereto is in 26 U.S.C. § 6331(a); which reads in pertinent part:
> "Levy may be made upon the **accrued salary or wages of any officer, employee, or elected official, of the United States**, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia, **by serving a notice of levy on the employer** (as defined in section 3401(d)) of such officer, employee, or elected official."

EXHIBIT "B"

I have not found any other IRC statute that makes reference to a Notice of Levy, and this clearly states a notice of levy is only authorized with regard to individuals employed by one of the many U.S. Government agencies or instrumentalities or is an elected U.S. Government official.

11.     It is also to be noted that 26 U.S.C. § 7403 requires a court [4] order to enforce a lien or to subject property to payment of tax, and Courts of the U.S. Government have made a Warrant of Distraint a procedural requirement before seizure of property by the IRS. Thus, such supporting documentation is necessary to justify the sending of my property to the DOT/IRS by the SSA or anyone else.

12.     Unless and until the foregoing is disproved with authoritative evidence to the contrary, the only authority provided to the DOT/IRS and their officials by IRC statutes is to collect the sums required to be returned to the U.S. Treasury that were transferred into the possession of those employed within an agency or instrumentality of the U.S. Government in a private contract one of bailment collateral to their employment contract. The sum required to be returned is declared on an IRS Form 1040 as "Amount you owe"; a debt to which the IRS Commissioner has a duty to collect—thus is subject to Federal Debt Collection Procedure (28 U.S.C. § 3001 et seq.) which, by the definition for "debt" in 28 U.S.C. § 3002(3) specifically excludes "a contract originally entered into by only persons other than the United States." Further corroborating the "federal income tax return" program as being special legislation and limited in enforcement.

13.     26 U.S.C. § 7214(a) provides for dismissal from office or discharge from employment "**any officer or employee of the United States acting in connection with any revenue law of the United States**" who is "guilty of any extortion or willful oppression under color of law"; or who "knowingly demands other or greater sums than are authorized by law"; or "makes or signs any fraudulent entry in any book, or makes or signs any fraudulent certificate, return, or statement"; or "demands, or accepts, or attempts to collect, directly or indirectly as payment ... any sum of money or other thing of value ... except as expressly authorized by law." This would apply to all IRS claims and demands with regard to property not subject to IRC statutes. Thus any exactions made under such condition has the malicious result to compel the targeted human being to specific performance to labor for others against their will; a condition of involuntary servitude called "peonage" addressed in 42 U.S.C. § 1994 and 18 U.S.C. § 1581. Use of the United States Postal Service (USPS) in the process brings into play the mail fraud statutes in chapter 63 of 18 U.S.C. (§§ 1341-1347). Peonage, mail fraud, and other statutory violations within the definition of "racketeering activity" in 18 U.S.C. § 1961 [5] (which makes 18 U.S.C. § 1962 applicable) are on record when officers of the U.S. Government misapply IRC statutes upon anyone or anything not subject thereto.

---

[4] Authorization by a court for a taking of property is usually done through garnishment action. "**garnishment,** *n.* [in part] **1.** A judicial proceeding in which a creditor (or potential creditor) asks the court to order a third party who is indebted to or is bailee for the debtor to turn over to the creditor any of the debtor's property (such as wages or bank accounts) held by that third party. • A plaintiff initiates a garnishment action as a means of either prejudgment seizure or postjudgment collection."   Black's Law Dictionary, Seventh Edition (1999) p. 689

[5] E.g., 18 U.S.C. § 241, Conspiracy against rights of citizens; 18 U.S.C. § 242, Deprivation of rights under color of law (actionable under 42 U.S.C. § 1983, Civil action for deprivation of rights); 18 U.S.C. § 872, Extortion by officers or employees of the United States; 18 U.S.C. § 1341, Frauds and swindles.

EXHIBIT 'B'

14. Honest services requires DOT/IRS officials to know the lawful extent to the enforcement of IRC statutes and not permit their agents to exceed those limits. To such conduct, the U.S. Supreme Court has mandated:

> "As the Court said in a mail fraud case years ago: 'There are no constructive offenses; and **before one can be punished, it must be shown that his case is plainly within the statute**.' Fasulo v. United States, 272 U.S. 620, 629 (1926). " *McNally v U.S.*, 483 U.S. 350, 360 (1987)

Hence, arbitrary power [6] is intentionally exerted when DOT/IRS writings are sent to, or about, people not subject to IRC statutes. Use of the mails in such wrongful conduct makes mail fraud statutes applicable, and is recognized as a "scheme or artifice to defraud" by:

> 18 U.S.C. § 1346. Definition of "scheme or artifice to defraud"
> For purposes of this chapter [mail fraud statutes], the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible right of honest services.
> (Added Pub. L. 100-690, title VII, §7603(a), Nov. 18, 1988, 102 Stat. 4508.) [7]

15. By regulation 26 CFR 601.106(f)(1), promulgated by DOT Officials, it is recognized that: "An exaction by the U.S. Government, which is not based upon law, statutory or otherwise, is a taking of property without due process of law, in violation of the Fifth Amendment." **Substantive due process is the right to be protected from arbitrary and wrongful government action** regardless of the fairness of the procedures government uses to undertake the arbitrary action; see *Zinermon v. Burch*, 494 U.S. 113 (1990). "In whatever language a statute may be framed, its purpose must be determined by its natural and reasonable effect." *Henderson et al v. Mayor of N.Y. et al*, 92 U.S. 258, 268 (1875). "**To punish a person because he has done what the law plainly allows him to do is a due process violation of the most basic sort**." *Bordenkircher v. Hayes*, 434 U.S. 357, 363. "**…while an individual certainly may be penalized for violating the law, he just as certainly may not be punished for exercising a protected statutory or constitutional right**." *U.S. v. Goodwin*, 457 U.S. 368, 372 (1982).

---

[6] "Arbitrary power and the rule of the Constitution cannot both exist. They are antagonistic and incompatible forces; and one or the other must of necessity perish whenever they are brought into conflict. To borrow the words of Mr. Justice Day, "**there is no place in our constitutional system for the exercise of arbitrary power**." Garfield v. U.S. ex. rel. Goldsby, 211 U.S. 249, 262, 29 S.Ct. 2, 66, 53 L.Ed. 168. To escape assumptions of such power on the part of the three primary departments of the government, is not enough. **Our institutions must be kept free from the appropriation of unauthorized power by lesser agencies** as well. And **if the various administrative bureaus and commissions**, necessarily called and being called into existence by the increasing complexities of our modern business and political affairs, **are permitted gradually to extend their powers by encroachments - even petty encroachments - upon the fundamental rights, privileges and immunities of the people, we shall in the end**, while avoiding the fatal consequences of a supreme autocracy, **become, submerged by** a multitude of minor **invasions of personal rights**, less destructive but no less **violative of constitutional guaranties**." *Jones v. Securities and Exchange Commission*, 298 U.S. 1, 24-25 (1936)

[7] Honest services on the part of governments requires strict adherence to the lawful enforcement of statutes. While the U.S. Attorney General has authority and duty to prosecute misconduct of federal employees, the Postmaster General has authority, and is under a duty to prosecute, anyone who "devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representation, or promises" (see 18 U.S.C. § 1341); for which reason he is copied with this NOTICE; CHARGE; DEMAND.

EXHIBIT 'B'

16.    It is not to be misinterpreted that I say IRC statutes or invalid or unconstitutional. What I do say is that IRC statutes are being wrongfully administered by the DOT and wrongfully enforced by the IRS when applied upon persons (natural and artificial) not subject thereto.[8] The seizure of property [9] not subject to IRC statutory authority becomes a fraud by larceny [10] and extortion [11] being done under color of law and/or color of official right.

17.    BE INFORMED, the U.S. Supreme Court places the responsibility to ascertain the validity of IRS writings upon the recipient by the ruling:

> "Whatever the form in which the Government functions, **anyone entering into an arrangement with the Government takes the risk of having accurately ascertained that he who purports to act for the Government stays within the bounds of his authority.** The scope of this authority may be explicitly defined by Congress or limited by delegated legislation, properly exercised through the rule-making power. And this is so even though, as here, the agent himself may have been unaware of the limitations upon his authority."    *Federal Crop Insurance Corp. v. Merrill*, 332 U.S. 380, 384 (1947)

The "anyone" in this ruling must encompass U.S. Government entities otherwise the established principles of fair play and equal treatment (protection) under the law is arbitrarily ignored. Thus, before acting to honor DOT/IRS claims no matter in what form presented, officials of the SSA or any other U.S. Government entity asked to be involved with aiding and abetting DOT/IRS in collection enforcement of debts alleged to exist under IRC statutory authority have a fiduciary duty to investigate the matter and, once called to their attention, have no excuse for joining in such felonious conduct.

---

[8] "**A valid law may be wrongfully administered by officers of the state, and so as to make such administration an illegal burden and exaction upon the individual.** A tax law, as it leaves the legislative hands, may not be obnoxious to any challenge; and yet the **officers charged with the administration of that valid tax law may so act under it, in the matter of assessment or** [154 U.S. 362, 391] **collection, as to work an illegal trespass upon the property rights of the individual. They may go beyond the powers thereby conferred,** and when they do so **the fact that they are assuming to act under a valid law will not oust the courts of jurisdiction to restrain their excessive and illegal acts.**    Reagan v. Farmers' Loan & Trust Co., 154 U.S. 362, 390-391 (1894).

[9] "…The reason why a government official might…effectuate a seizure is wholly irrelevant to the threshold question of whether the [Fourth] Amendment applies. **What matters is the intrusion on people's security from governmental intrusion on people's security from governmental interference**… The **fourth [amendment] protects two types of expectations,** one involving 'searches' and the other 'seizures'. **A 'search' occurs when an expectation of privacy that society is prepared to consider reasonable is infringed. A 'seizure' occurs where there is some meaningful interference with an individual's possessory interests in that property.**" 466 U.S. at 113, 104 S.Ct., at 1656, 1660, Horton v. California, 496 U.S. 128, 133 S.Ct. 2301, 2306, 110 L.Ed2d 347 (1987); Maryland v. Macon, 472 U.S. 463, 469.    Soldal et al. v. Cook County, Illinois, et al., 113 S.Ct. 538, (1992) [from lawyer edition]

[10] **Larceny. [in part] The unlawful taking and carrying away of property of another with intent to appropriate it to use inconsistent with latter's rights.** U.S. v. Johnson, 140 U.S. App. D.C., 54, 433 F.2d 1160, 1163. The essential elements of a "larceny" are **an actual or constructive taking away of the goods or property of another without the consent and against the will of the owner or possessor and with a felonious intent to convert the property to the use of someone other than the owner.** U.S. v. Waronek, 582 F.2d 1158.    Black's Law Dictionary, Sixth Edition    (1990) p. 881

[11] **Extortion. [in part] The obtaining of property from another** induced by wrongful use of actual or threatened force, violence, or fear, or **under color of official right.** 18 U.S.C.A. § 871 et seq,; § 1951.    Black's Law Dictionary, Fifth Edition (1979) p. 525

EXHIBIT 'B'

### Rejection to DOT/IRS claims and SSA compliance.

18. Based upon the foregoing, I hereby **REJECT** any and all DOT/IRS claims to my property and **REJECT** and SSA taking of sums normally sent to me monthly as a distribution from my proprietary estate in its custody and care and sending such sums to the DOT/IRS. **The SSA has a fiduciary obligation to keep my proprietary property in its possession secure from asportation [12] by anyone without my written consent.** This is made clear by the Social Security Act, 49 Stat. 620, as amended, 42 U.S.C. 407 (1982 ed., Supp. III), **prohibiting garnishment of SSA payments**. It reads in pertinent part: "none of the moneys paid or payable under this subchapter shall be subject to execution, levy, attachment, garnishment, or other legal process." In *Bennett v. Arkansas*, 485 U.S. 395 (1988), the U.S. Supreme Court clearly established SSA payments are not subject to garnishment by anyone.

### Demand to DOT/IRS and SSA officials

19. Having been informed of the foregoing, **DEMAND** is hereby that someone within the DOT competent in law deny and rebut, with authoritative evidence, each law issue presented above. Caveat, failure, refusal or neglect to present such writing to me, over such individual's blue signature (with identification of their official title, location and credentials) and your blue ink signature, Mr. Lew (or your successor, to indicate DOT Secretary personal authorization), within Fifteen (15) days of USPS delivery confirmation, stands as official DOT/IRS recognition and determination of my "nontaxpayer" [13] status as to IRC statutes; and an admission and stipulation that entries on the DOT/IRS constructive account WAYNE L. DUNN not supported with documentation bearing my signature are sham [14] entries that have no *lawful* or *legal* force or effect upon me or my property (real or personal).

20. **DEMAND** is also hereby made that this writing be maintained in the SSA system of records and my IRC nontaxpayer status be prominently shown on my SSA account; and that the SSA reject any and all DOT/IRS claim communications with regard thereto. The failure to do so stands as evidence that SSA officials join DOT/IRS officials in their operation outside the scope of authority provided by law to their office that results in intentional deprivation of my unalienable rights; which does include, but is not limited to, my right to possession of my proprietary property in the possession, custody and care of the SSA.

---

[12] **Asportation.** [in part] The carrying away of goods; **one of the circumstances requisite to constitute the offense of larceny.** Black's Law Dictionary, Fifth Edition (1979) p. 105

[13] "The revenue laws are a code or system in regulation of tax assessment and collection. They relate to taxpayers, and not to nontaxpayers. The latter are without their scope. **No procedure is prescribed for nontaxpayers, and no attempt is made to annul any of their rights and remedies in due course of law.** With them Congress does not assume to deal, and they are neither of the subject nor of the object of revenue laws. .... **The distinction between persons and things within the scope of the revenue laws and those without them is vital.**" *Long v. Rasmussen, Collector of Internal Revenue, et al.* 281 F. 236, 238 (1922)

[14] **Sham.** False. **A transaction without substance that will be disregarded for tax purposes.** See also Dummy. Black's Law Dictionary, Fifth Edition (1979) p. 1233

EXHIBIT 'B'

21.     This is being sworn to before a Notary Public for purpose that it stand as self-authenticated and admissible as evidence in a court of law pursuant to Rule 902(8), Federal Rules of Evidence [15], should such need arise.

22.     So said with the best of intention to keep public servants from operating outside the scope of authority of their office or employment, and for preservation of all my inherent and unalienable rights.

U.C.C. 1-308

By: *[signature]*
Wayne Leroy Dunn

**Attached to all mailings for informational purposes:** Copy of first page of CP91 notice dated 12/28/2016 sent from DOT/IRS Cincinnati, OH office. **All four (4) pages are attached and returned to the Cincinnati office** marked: "Rejected, without dishonor, for cause shown on presentment to DOT Secretary this day entitled Investigation; Correction; Redress Demand Regarding IRS Chicane; Notice of Automatic Default By Silence. U.C.C. 1-308"

## NOTARY ACKNOWLEDGMENT

Colorado state  )
                ) ss
Jefferson county )

On this 15th day of December, 2016, before the undersigned Notary Public in and for the State of Colorado appeared Wayne Leroy Dunn, proved to me on the basis of satisfactory evidence to be this human being, and executed this instrument for the purposes stated therein.

Witnessed my hand and official seal.

*[signature]*
Notary Public, My commission expires: 05-20-20

```
Justin Begeman
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164019470
MY COMMISSION EXPIRES 05/20/20
```

---

[15] **Rule 902. Self-authentication**          Federal Rules of Evidence
    Extrinsic evidence of authenticity as to condition precedent to admissibility is not required with respect to the following:
    (8) Acknowledged documents.—Documents accompanied by a certificate of acknowledgment executed in the manner provided by law by a notary public or other officer authorized by law to take acknowledgments.

EXHIBIT 'B'