

7016 3560 0000 3440 2403

 1006

 80294

U.S. POSTAGE PAID
PINE, CO
80470
MAY 25, 17
AMOUNT
**$12.75**
R2304Y122682-07

FROM: WAYNE DUNN
15393 S. WANDCREST DR
PINE, CO. 80470

TO:
CLERK OF COURT
U.S. DISTRICT COURT
901 19TH STREET
DENVER, CO. 80294

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE


**UNITED STATES POSTAL SERVICE®**

ly 2013
12.5 x 9.5