# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-729-WYD-KLM

UNITED STATES OF AMERICA

Plaintiff,

v.

WAYNE L. DUNN, and
JEFFERSON COUNTY, COLORADO

Defendants.

## DISCLAIMER OF JEFFERSON COUNTY, COLORADO

Defendant, Jefferson County, Colorado, by and through its attorneys, the Jefferson County Attorney and Deputy County Attorney Eric Butler, hereby disclaims all right, title, and interest in and to the real property described in the United States' Complaint [ECF No. 1, filed March 22, 2017] with the exception of any liens for taxes on the property.

Dated this 30th day of May, 2017.

                                      JEFFERSON COUNTY ATTORNEY
                                      ELLEN G. WAKEMAN, #12290

                                      By: */s/ Eric Butler*
                                      Eric T. Butler, #29997
                                      Deputy County Attorney
                                      100 Jefferson County Parkway, Suite 5500
                                      Golden, Colorado 80419
                                      Telephone: 303.271.8932
                                      Facsimile: 303.271.8901
                                      ebutler@jeffco.us
                                      *Attorney for Jefferson County, Colorado*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of May, 2017, I filed the foregoing DISCLAIMER OF JEFFERSON COUNTY, COLORADO via the US District Court CM/ECF System, which will send a true and correct copy to the following:

Ryan S. Watson  
U.S. Department of Justice  
Ryan.Watson@usdoj.gov  
*Attorneys for Plaintiff*

                                      */s/ Briana McCarten*