IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:17-cv-00729- WYD-KLM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

WAYNE L. DUNN, and
JEFFERSON COUNTY, COLORADO

     Defendants.

---

DEFENDANT WAYNE L. DUNN'S MOTION TO WITHDRAW COUNTERCLAIM

---

     Defendant Wayne L. Dunn, through undersigned counsel, Amanda B. Cruser, moves to withdraw his Counterclaim.  In support thereof, Defendant states as follows:

     1.     The Counterclaim filed on May 19, 2017 was filed by the Defendant prior to the Defendant retaining competent legal counsel.

     2.     Defendant Wayne L. Dunn also requests a twenty-one day continuance to file an Answer to the Complaint.

     Undersigned counsel has conferred with Ryan Watson, counsel for the United States and he does not oppose this Motion.

Respectfully submitted July 12, 2017.

s/Amanda B. Cruser_____
**_Amanda B. Cruser_**
Boog & Cruser, P.C.
3333 S. Wadsworth Blvd., D-201
Lakewood, CO 80227
Phone:  (303) 986-5769
Fax:  (303) 985-3297
abcruser@vfblaw.com
Attorney for Defendant Wayne L. Dunn

CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2017, I electronically filed the foregoing MOTION TO WITHDRAW COUNTERCLAIM via the US District court CM/ECF system, which will send a true and correct copy to the following:

Ryan S. Watson
U.S. Department of Justice
Ryan.Watson@usdoj.gov
Attorney for United States of America

Eric Butler
Deputy County Attorney
ebutler@jeffco.us
Attorney for Jefferson County

s/Amanda B. Cruser
**_Amanda B. Cruser_**
Boog & Cruser, P.C.
3333 S. Wadsworth Blvd., D-201
Lakewood, CO 80227
Phone:  (303) 986-5769
Fax:  (303) 985-3297
abcruser@vfblaw.com
Attorney for Defendant Molinar