IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:17-cv-00729

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

WAYNE L. DUNN, and
JEFFERSON COUNTY, COLORADO

       Defendants.

---

**JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE**

---

The United States of America and Wayne Dunn, through their respective undersigned counsel, jointly move the Court to continue the scheduling conference set for July 25, 2017 and state the following in support:

1.    This case is set for a scheduling conference with Magistrate Judge Mix on July 25, 2017 at 10:00 a.m.

2.    On July 12, 2017, counsel for the respective parties discussed a potential resolution of this matter. Counsel for Wayne Dunn also entered an appearance and filed an Unopposed Motion to withdraw a Counterclaim previously filed by Mr. Dunn. The Motion also requests a 21-day continuance to file an answer to the Complaint.

3.    Based on counsel's recent appearance, the fact that an answer has not been filed, and the fact that the parties may resolve this matter without intervention by the Court if given

additional time, the parties respectfully request that the Court vacate the scheduling conference and reschedule the conference for a date on or after September 25, 2017, at the convenience of the Court.

Wherefore, for good cause shown, the parties request that the Court continue the scheduling conference for a date on or after September 25, 2017, at the convenience of the Court. A proposed order is attached.

Dated: July 17, 2017

DAVID A. HUBBERT
Acting Assistant Attorney General

/s/ Ryan S. Watson
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice

*Of Counsel*
ROBERT TROYER
Acting United States Attorney
*Attorneys for the United States of America*

Dated: July 14, 2017

/s/ *Amanda B. Cruser*
AMANDA B. CRUSER
Boog & Cruser, P.C.
*Attorney for Wayne Dunn*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 17, 2017, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Amanda B. Cruser
abcurser@vfblaw.com
*Attorney for Wayne Dunn*

Eric Thomas Butler
ebutler@jeffco.us
*Attorney for Jefferson County, Colorado*

                                              */s/ Ryan S. Watson*
                                              RYAN S. WATSON
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice