IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:17-cv-00729

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

WAYNE L. DUNN, and
JEFFERSON COUNTY, COLORADO

    Defendants.

## ORDER

This matter is before the Court on the parties' Joint Motion to Continue Scheduling Conference. Having considered the record, and good cause being shown, the Motion is hereby GRANTED and the scheduling conference set for July 25, 2017 is vacated. A revised order resetting the scheduling conference shall follow.

Dated this _____ day of July, 2017.

_____
Kristen L. Mix
United States Magistrate Judge