IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00729-WYD-KLM

USA,

      Plaintiff,

v.

WAYNE L. DUNN, and
JEFFERSON COUNTY, COLORADO,

      Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendant Wayne L. Dunn's **Motion to Withdraw Counterclaim** [#12] (the "Motion to Withdraw"), and the parties' **Joint Motion to Continue Scheduling Conference** [#14] (the "Motion to Continue").

      With respect to the Motion to Continue [#14], the parties represent that they seek to continue the Scheduling Conference because they are discussing potential resolution of this matter.

      IT IS HEREBY **ORDERED** that the Motion to Continue [#14] is **GRANTED**. Accordingly,

      IT IS FURTHER **ORDERED** that the Scheduling Conference set for July 25, 2017, at 10:00 a.m. is **VACATED** and **RESET** to **September 26, 2017**, at **10:30 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

      IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **September 19, 2017**.

      With respect to the Motion to Withdraw [#12], Defendant represents that he filed the Counterclaim document [#9] prior to retaining competent counsel and that he now wishes to withdraw it. Defendant also seeks a 21-day extension to file an Answer to the Complaint

-1-

[#1].  Both requests are unopposed.  Accordingly,

IT IS FURTHER **ORDERED** that the Motion to Withdraw [#12] is **GRANTED**.  The Counterclaim [#9] is hereby **WITHDRAWN**, and Defendant Dunn shall file an Answer or otherwise respond to the Complaint [#1] **on or before August 2, 2017**.

Dated:  July 18, 2017