IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:17-cv-00729- WYD-KLM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

WAYNE L. DUNN, and
JEFFERSON COUNTY, COLORADO

     Defendants.

---

## DEFENDANT WAYNE L. DUNN'S ANSWER TO COMPLAINT

---

The Defendant Wayne L. Dunn, through undersigned counsel, Amanda B. Cruser,

answers the United States of America's Complaint, and states as follows:

**INTRODUCTION**

1.     Paragraph 1 of the Complaint does not contain factual allegations and no response

is required. To the extent that there are any factual allegations in Paragraph 1 of the Complaint,

the Defendant is without sufficient knowledge or information to form a belief as to the truth of

the allegations, and therefore denies them.

2.     Paragraph 2 of the Complaint does not contain factual allegations and no response

is required. To the extent that there are any factual allegations in Paragraph 2 of the Complaint,

the Defendant is without sufficient knowledge or information to form a belief as to the truth of

the allegations, and therefore denies them.

## JURISDICTION AND VENUE

3.      The Defendant admits that the Court has jurisdiction over this action.

4.      The Defendant admits that venue is proper in this judicial district.

## IDENTIFICATION OF DEFENDANTS

5.      The Defendant admits that he is an adult individual residing in this judicial

district, but denies the remaining allegations in Paragraph 5 of the Complaint.

6.      The Defendant is without sufficient knowledge or information to form a belief as

to the truth of the allegations in Paragraph 6 of the Complaint, and therefore denies them.

## TAX LIABILITES AND LIENS

7.      The Defendant is without sufficient knowledge or information to form a belief as

to the truth of the allegations in Paragraph 7, and therefore denies them.

8.      The Defendant is without sufficient knowledge or information to form a belief as

to the truth of the allegations in Paragraph 8, and therefore denies them.

9.      The Defendant is without sufficient knowledge or information to form a belief as

to the truth of the allegations in Paragraph 9, and therefore denies them.

10.     The Defendant denies that he owed the United States $155,325.24 as of March 21,

2017.

11.     The Defendant is without sufficient knowledge or information to form a belief as

to the truth of the allegations in Paragraph 11, and therefore denies them.

12.     The Defendant is without sufficient knowledge or information to form a belief as

to the truth of the allegations in Paragraph 12, and therefore denies them.

## SUBJECT PROPERTY AND ENCUMBRANCES

13.     The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 13, and therefore denies them.

14.     The Defendant admits the allegations contained in Paragraph 14.

15.     The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 15, and therefore denies them.

## COUNT I

16.     The Defendant incorporates his responses to Paragraphs 1 through 15 by reference, as if fully set forth herein.

17.     The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 17, and therefore denies them.

18.     The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 18, and therefore denies them.

19.     The Defendant denies that the United States is entitled to a judgment.

## COUNT II

20.     The Defendant incorporates his responses to Paragraphs 1 through 19 by reference, as if fully set forth herein.

21.     The Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 21, and therefore denies them.

22.     The Defendant is without sufficient knowledge or information to form a belief as

to the truth of the allegations in Paragraph 22, and therefore denies them.

       23.     The Defendant is without sufficient knowledge or information to form a belief as

to the truth of the allegations in Paragraph 23, and therefore denies them.

       24.     The Defendant denies that the United States is entitled to foreclose its federal tax

liens upon the Subject Property.

       WHEREFORE, Defendant Wayne L. Dunn requests the Court dismiss the Complaint

with prejudice, and grant such further relief that the Court deems just and proper.


       Dated:  July 28, 2017.


                               s/Amanda B. Cruser_____
                               *Amanda B. Cruser*
                               Boog & Cruser, P.C.
                               3333 S. Wadsworth Blvd., D-201
                               Lakewood, CO 80227
                               Phone:  (303) 986-5769
                               Fax:  (303) 985-3297
                               abcruser@vfblaw.com
                               Attorney for Defendant Wayne L. Dunn

CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2017, I electronically filed the foregoing DEFENDANT WAYNE L. DUNN'S ANSWER TO COMPLAINT via the US District court CM/ECF system, which will send a true and correct copy to the following:

Ryan S. Watson
U.S. Department of Justice
Ryan.Watson@usdoj.gov
Attorney for United States of America

Eric Butler
Deputy County Attorney
ebutler@jeffco.us
Attorney for Jefferson County

s/Amanda B. Cruser_____
*Amanda B. Cruser*
Boog & Cruser, P.C.
3333 S. Wadsworth Blvd., D-201
Lakewood, CO 80227
Phone:  (303) 986-5769
Fax:  (303) 985-3297
abcruser@vfblaw.com
Attorney for Defendant Wayne L Dunn