IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:17-cv-00729

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

WAYNE L. DUNN, and
JEFFERSON COUNTY, COLORADO

       Defendants.

---

## STIPULATION

---

The United States of America and Jefferson County, Colorado, through their respective undersigned counsel, hereby stipulate and agree as follows:

1.     This stipulation is made with respect to real property located at 15393 S. Wandcrest Drive, Pine, Colorado 80470 (the "Subject Property"). The Subject Property is more particularly described as follows:

> LOTS 37 AND 38, BLOCK 1, WANDREST SUBDIVISION, COUNTY OF JEFFERSON, STATE OF COLORADO

2.     The United States claims that federal tax liens, which are identified in the Complaint (Doc. 1) of the above-captioned matter, encumber the Subject Property. The first of the federal tax liens arose on March 26, 2007, and all of the tax liens have been recorded by filing Notices of Federal Tax Liens with the Jefferson County Recorder's Office.

3.      Jefferson County claims a lien on the Subject Property for any unpaid taxes assessed against the Subject Property at the time of any sale of the property in this case.

4.      The United States and Jefferson County agree that, pursuant to 26 U.S.C. § 6323(b)(6), any Jefferson County property tax liens against the Subject Property that are entitled to prior security interests under Colorado state law will have priority over the federal tax liens at issue in the above-captioned action.

5.      In the event of the sale of the Subject Property, the property will be sold free and clear of all liens of record. The proposed Order of Foreclosure and Judicial Sale submitted by the United States shall provide that the sale proceeds will be distributed first to the United States to the extent of its costs and expenses of the sale, second to Jefferson County to satisfy any existing Jefferson County secured property tax liens, and then the balance of such sale proceeds to be distributed to the United States and the remaining Defendant(s), who have not defaulted, in their relative priorities. If the affected parties cannot stipulate to the amounts of their liens, the parties shall file written briefs setting forth their positions and the Court shall determine the amounts of the liens.

6.      The United States and Jefferson County agree to bear their own respective costs related to this litigation, including any attorney's fees.

7.      In the event Jefferson County initiates collection procedures for any unpaid property taxes pursuant to Colorado state law, Jefferson County shall notify undersigned counsel for the United States, in writing, prior to initiating such action.

8.      Jefferson County has been named as a defendant in this action under 26 U.S.C.

§ 7403(b). The United States claims no monetary relief against Jefferson County in this action.

Unless otherwise ordered by the Court, Jefferson County is excused from further participation in

this case. Jefferson County agrees to be bound by the judgment in this case, which shall

incorporate the terms of this stipulation.

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

WHEREFORE, the parties so agree and request an order confirming the foregoing.

Respectfully Submitted,

Dated: <u>September 5, 2017</u>     DAVID A. HUBBERT
Acting Assistant Attorney General

 /s/ *Ryan S. Watson*
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Tel:  202.514.5173
Fax:  202.307.0054
Ryan.Watson@usdoj.gov

*Of Counsel*
ROBERT TROYER
Acting United States Attorney
*Attorneys for the United States of America*

Dated:  <u>September 5, 2017</u>    JEFFERSON COUNTY ATTORNEY
ELLEN G. WAKEMAN, #12290

 /s/ *Eric T. Butler*
ERIC T. BUTLER, #29997
Deputy County Attorney
100 Jefferson County Parkway, Suite 5500
Golden, CO 80419
Tel:  303.271.8932
Fax:  303.271.8901
ebutler@jeffco.us
*Attorney for Jefferson County, Colorado*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 5, 2017, the foregoing was filed with the Clerk of

Court using the CM/ECF system, which will send notification of such filing to the following:


Amanda B. Cruser
abcruser@vfblaw.com
*Attorney for Wayne Dunn*

Eric Thomas Butler
ebutler@jeffco.us
*Attorney for Jefferson County, Colorado*


*/s/ Ryan S. Watson*
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
