IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:17-cv-00729

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

WAYNE L. DUNN, and
JEFFERSON COUNTY, COLORADO

      Defendants.

## ORDER APPROVING STIPULATION

This matter is before the Court on the Stipulation between the United States and Jefferson County, Colorado. Having considered the Stipulation, IT IS HEREBY ORDERED that the Stipulation is approved. Any Order of Foreclosure and Judicial Sale submitted by the United States shall incorporate the terms of the Stipulation, and each party shall bear their own costs, including any attorney's fees.

Dated this _____ day of September, 2017.

_____
Wiley Y. Daniel
United States District Judge