IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:17-cv-00729

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

WAYNE L. DUNN, and
JEFFERSON COUNTY, COLORADO

       Defendants.

**STIPULATION FOR ENTRY OF JUDGMENT AND
ORDER OF FORECLOSURE AND JUDICIAL SALE**

       The United States of America and Wayne L. Dunn, through their respective undersigned counsel, hereby stipulate and agree as follows:

       1.      The United States and Wayne Dunn agree that judgment shall be entered in favor of the United States and against Mr. Dunn for unpaid individual income taxes for the 2003 through 2012 tax years in the amount of $158,126.04, as of September 1, 2017, plus statutory interest and other statutory additions as provided by law, pursuant to 26 U.S.C. §§ 6601, 6621, & 6622, and 28 U.S.C. § 1961(c), until paid. The parties have attached a proposed Judgment for the Court to enter.

       2.      The United States has valid federal tax liens for the liabilities described in Paragraph 1, above, and the United States' liens attach to the real property specifically described in Paragraph 13 of the United States' Complaint (Doc. 1) (the "Subject Property") on the dates

the assessments were made. The United States is entitled to foreclose its tax liens on the Subject Property, and the parties have attached an Order of Foreclosure and Judicial Sale. Paragraph 12 of the Order of Foreclosure and Judicial Sale stays the execution of the Order for a period of six months to allow Mr. Dunn an opportunity to sell the property at a private sale.

3. The United States and Mr. Dunn agree that each party shall bear its own costs and attorney's fees incurred with respect to this litigation.

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

WHEREFORE, the United States and Wayne Dunn so stipulate and request that the Court enter the attached Judgment and attached Order of Foreclosure and Judicial Sale.

Respectfully Submitted,

Dated: September 19, 2017

DAVID A. HUBBERT
Acting Assistant Attorney General

/s/ Ryan S. Watson
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Tel: 202.514.5173
Fax: 202.307.0054
Ryan.Watson@usdoj.gov

*Of Counsel*
ROBERT TROYER
Acting United States Attorney
*Attorneys for the United States of America*

Dated: September 19, 2017

/s/ Amanda B. Cruser
AMANDA B. CRUSER
Boog & Cruser, P.C.
3333 S. Wadsworth Blvd., D-201
Lakewood, CO 80227
Tel: 303.986.5769
Fax: 303.985.3297
abcruser@vfblaw.com
*Attorney for Wayne Dunn*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 19, 2017, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Amanda B. Cruser
abcruser@vfblaw.com
*Attorney for Wayne Dunn*

Eric Thomas Butler
ebutler@jeffco.us
*Attorney for Jefferson County, Colorado*

                                                      */s/ Ryan S. Watson*
                                                      RYAN S. WATSON
                                                      Trial Attorney, Tax Division
                                                      U.S. Department of Justice