IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:17-cv-00729

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

WAYNE L. DUNN, and
JEFFERSON COUNTY, COLORADO

      Defendants.

## JUDGMENT

On September 19, 2017, the United States and Wayne L. Dunn, through counsel, filed a Stipulation for Entry of Judgment and Order of Foreclosure and Judicial Sale. In light of the Stipulation, it is hereby ORDERED AND ADJUDGED as follows:

1. Judgment is hereby entered in favor of the United States and against Wayne L. Dunn for the for the 2003 through 2012 tax years in the amount of $158,126.04, as of September 1, 2017, plus statutory interest which continues to accrue as provided by 26 U.S.C. §§ 6601, 6621, & 6622, and 28 U.S.C. § 1961(c) and other statutory additions as provided by law.

2. Each party shall bear its own respective costs and attorney's fees incurred with respect to this litigation.

Dated this _____ day of September, 2017.

                                              _____
                                              Wiley Y. Daniel
                                              United States District Judge