IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:17-cv-00729-WYD-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

WAYNE L. DUNN, and
JEFFERSON COUNTY, COLORADO

      Defendants.

## UNITED STATES' UNOPPOSED MOTION
## TO VACATE SCHEDULING CONFERENCE

      The United States of America, through its undersigned counsel, respectfully moves the Court to vacate the Scheduling Conference set for Tuesday, September 26, 2017. The parties have submitted Stipulations (*See* ECF No. 19 – Stipulation between United States and Jefferson County; ECF No. 20 – Stipulation between United States and Wayne Dunn for Entry of Judgment and Order of Foreclosure and Judicial Sale) that resolve all claims and issues in this matter. Pursuant to D.C.COLO.LCivR 7.1, undersigned counsel for the United States contacted counsel for Wayne Dunn and Jefferson County regarding this motion. This motion is unopposed.

      WHEREFORE, for good cause shown, the United States requests that the Court vacate the Scheduling Conference set for September 26, 2017. A proposed order is attached.

\\

\\

Dated: <u>September 19, 2017</u>            DAVID A. HUBBERT
                                            Acting Assistant Attorney General


                                            */s/ Ryan S. Watson*
                                            RYAN S. WATSON
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            P.O. Box 683, Ben Franklin Station
                                            Washington, D.C. 20044-0683
                                            Tel:  202.514.5173
                                            Fax: 202.307.0054
                                            Ryan.Watson@usdoj.gov
                                            *Attorneys for Defendants*

                                            *Of Counsel*
                                            ROBERT TROYER
                                            Acting United States Attorney
                                            *Attorneys for the United States of America*