IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:17-cv-00729-WYD-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

WAYNE L. DUNN, and
JEFFERSON COUNTY, COLORADO

    Defendants.

---

**ORDER VACATING SCHEDULING CONFERENCE**

---

This matter is before the Court on the United States Unopposed Motion to Vacate Scheduling Conference. Having considered the record, and good cause being shown, the Motion is hereby GRANTED and the scheduling conference set for September 26, 2017 is vacated.

Dated this _____ day of September, 2017.

                                                                       Kristen L. Mix
                                                                       United States Magistrate Judge