IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:17-cv-00729

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

WAYNE L. DUNN, and
JEFFERSON COUNTY, COLORADO

       Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that, on September 19, 2017, the United States filed its Unopposed Motion to Continue Scheduling Conference (ECF No. 22) with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following:

    Amanda B. Cruser
    abcruser@vfblaw.com
    *Attorney for Wayne Dunn*

    Eric Thomas Butler
    ebutler@jeffco.us
    *Attorney for Jefferson County, Colorado*

Undersigned counsel for the United States inadvertently omitted this Certificate of Service at the time the Motion was originally filed.

\\

\\

\\

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: <u>September 19, 2017</u> | DAVID A. HUBBERT<br>Acting Assistant Attorney General |
|  | /s/  *Ryan S. Watson*<br>RYAN S. WATSON<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683, Ben Franklin Station<br>Washington, D.C. 20044-0683<br>Tel:  202.514.5173<br>Fax:  202.307.0054<br>Ryan.Watson@usdoj.gov |
|  | *Of Counsel*<br>ROBERT TROYER<br>Acting United States Attorney<br>*Attorneys for the United States of America* |