IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:17-cv-00729-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

WAYNE L. DUNN, and
JEFFERSON COUNTY, COLORADO

    Defendants.

## NOTICE OF SATISFACTION OF JUDGMENT

**To the Clerk:**

The United States of America, through undersigned counsel, hereby states that the judgment entered against Wayne L. Dunn, has been satisfied. Accordingly, the United States respectfully requests that the Clerk of Court satisfy and cancel the above-referenced judgment of record.

\\

\\

\\

\\

\\

\\

\\

Dated: <u>March 22, 2018</u>                     Respectfully Submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General


/s/  *Ryan S. Watson*
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Tel:  202.514.5173
Fax:  202.307.0054
Ryan.Watson@usdoj.gov

*Of Counsel*
ROBERT TROYER
United States Attorney

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 22, 2018, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Amanda B. Cruser
abcruser@vfblaw.com
*Attorney for Wayne Dunn*

Eric Thomas Butler
ebutler@jeffco.us
*Attorney for Jefferson County, Colorado*

> */s/ Ryan S. Watson*
> RYAN S. WATSON
> Trial Attorney, Tax Division
> U.S. Department of Justice