IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:17-cv-00729-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

WAYNE L. DUNN, and
JEFFERSON COUNTY, COLORADO

      Defendants.

**UNOPPOSED MOTION
TO VACATE ORDER OF FORECLOSURE AND JUDICIAL SALE**

      The United States of America, through undersigned counsel, hereby moves to vacate the Court's Order of Foreclosure and Judicial Sale (ECF No. 25), which was entered on September 20, 2017. The Court's Order provided for a temporary stay of proceedings while Defendant Wayne Dunn attempted to sell the real property that is the subject of this action in a private sale. The property sold on or about March 6, 2018, and accordingly, the United States' moves to vacate the Order in accordance with Paragraph 13 of the Order.

      Pursuant to D.C.COLO.LCivR 7.1, counsel for Wayne Dunn and Jefferson County, CO have consented to the filing of this Motion.

\\

\\

\\

\\

WHEREFORE, the United States respectfully requests that the Court enter an order vacating its September 20, 2017 Order of Foreclosure and Judicial Sale (ECF No. 25).

Dated: <u>March 22, 2018</u>

Respectfully Submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General


<u>/s/  Ryan S. Watson</u>
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Tel:  202.514.5173
Fax:  202.307.0054
Ryan.Watson@usdoj.gov

*Of Counsel*
ROBERT TROYER
United States Attorney

*Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 22, 2018, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Amanda B. Cruser
abcruser@vfblaw.com
*Attorney for Wayne Dunn*

Eric Thomas Butler
ebutler@jeffco.us
*Attorney for Jefferson County, Colorado*

*/s/ Ryan S. Watson*
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
