IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:17-cv-00729-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

WAYNE L. DUNN, and
JEFFERSON COUNTY, COLORADO

       Defendants.

**ORDER**

This matter is before the Court on the United States' Motion to Vacate the Court's September 20, 2017 Order of Foreclosure and Judicial Sale (ECF No. 25). Having considered the Motion, and for good cause showing, IT IS HEREBY ORDERED that the Court's September 20, 2017 Order (ECF No. 25) is VACATED.

Dated this _____ day of _____, 2018.

                                                                           _____
                                                                          Wiley Y. Daniel
                                                                          United States District Judge