IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   1:17-cv-00729-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

WAYNE L. DUNN, and
JEFFERSON COUNTY, COLORADO

       Defendants.

## ORDER

This matter is before the Court on the United States' Motion to Vacate the Court's September 20, 2017 Order of Foreclosure and Judicial Sale (ECF No. 25).  Having considered the Motion, and for good cause showing, it is hereby

ORDERED that United States' Motion to Vacate the Court's September 20, 2017 Order of Foreclosure and Judicial Sale (ECF No. 28), filed March 22, 2018, is **GRANTED.**  It is further

ORDERED that the Court's September 20, 2017 Order (ECF No. 25) is **VACATED.**

Dated:  March 26, 2018.

                                       BY THE COURT:

                                       s/ Wiley Y. Daniel
                                       WILEY Y. DANIEL,
                                       SENIOR UNITED STATES DISTRICT JUDGE